# CERTIFICATE OF OFFICER OF RESOLUTIONS OF HOSPITAL PARTNERS OF AMERICA, INC. AUTHORIZING FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF BANKRUPTCY CODE AND RELATED MATTERS

I, W. Christopher Shea, do hereby certify:

1. That I am the duly elected and acting Senior Vice President, Assistant Secretary, and Chief Legal Officer of Hospital Partners of America, Inc., a Delaware corporation (the "Company").

2. That at a special meeting of the Board of Directors of the Company, duly held on September 22, 2008, the following resolutions were duly enacted, and the same remain in full force and effect without modifications as of the date hereof:

> **WHEREAS,** the Board of Directors has reviewed the financial and operational aspects of the Company's business in light of current events and after due consideration thereof has determined as follows:
>
> **RESOLVED,** that it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code");
>
> **FURTHER RESOLVED,** that the Chief Legal Officer and/or any other officer of the Company (each, an "Authorized Officer") be, and each of said officers hereby is authorized to execute, verify and cause a voluntary chapter 11 petition to be filed on behalf of the Company in the United States Bankruptcy Court for the District of Delaware, and the same hereby is approved and adopted in all respects;
>
> **FURTHER RESOLVED,** that the Authorized Officer be, and each of said Authorized Officers is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which such Authorized Officer shall deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings;
>
> **FURTHER RESOLVED,** that effective upon the filing of a voluntary chapter 11 petition on behalf of the Company, Joseph A. Bondi, a managing director of Alvarez & Marsal North America, LLC ("A&M"), shall be appointed and shall serve as Chief Executive Officer and Chief Restructuring Officer of the Company;
>
> **FURTHER RESOLVED,** that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to enter into the Debtor-in-Possession Credit Agreement (the "DIP Financing") and each

of the exhibits thereto, including, without limitation, the proposed Interim Order, in each case in substantially the form presented to the Board of Directors, with such changes as the Authorized Officer executing the same may approve, such approval to be conclusively evidenced by the execution and delivery thereof;

**FURTHER RESOLVED,** that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by any Authorized Officer to obtain such DIP Financing for the Company or its subsidiaries and affiliates;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, guaranties, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution including, but not limited to, any credit agreement, promissory note, letter of credit application, or other document evidencing the obligations of the Company under the DIP Financing, and any modifications or supplements thereto, all such materials to be in the form approved by such Authorized Officers, the execution and delivery thereof to be conclusive evidence of such approval;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions;

**FURTHER RESOLVED,** that the firm of Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") hereby is retained as chapter 11 bankruptcy counsel for the Company, and the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ") hereby is retained as chapter 11 bankruptcy co-counsel for the Company, in connection with the commencement and maintenance of the chapter 11 case, including all contested matters, adversary proceedings, and appeals arising in or from the chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and KTB&S, and the Company and PSZJ;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain such other professionals as they deem appropriate during the course of the chapter 11 case;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause

to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deed of the Company.

September 22, 2008

Name: W. Christopher Shea
Title: Senior Vice President, Assistant Secretary and Chief Legal Officer