## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOSPITAL PARTNERS OF AMERICA, INC. et al.,[1] | Case No.: 08- |
| | (Jointly Administered) |
| Debtors. | |

## LIST OF CREDITORS HOLDING 20
## LARGEST UNSECURED CLAIMS

Following is a list of Hospital Partners of America, Inc.'s, creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of their collateral is such that their unsecured deficiency places such creditor among the holders of the 20 largest unsecured claims.[2]

---

[1] The Debtors comprise the following entities: Hospital Partners of America, Inc., a Delaware corporation (Fed. EIN 56-2301189), SJ Medical Center Management, LLC, a Texas limited liability company (Fed. EIN 20-4835598), Surgical Hospital of Austin Management, Inc., a Delaware corporation (Fed. EIN 01-0719812), Austin Surgical Hospital Holdings, Inc., a Delaware corporation (Fed. EIN 01-0719774), and Trinity MC Management, LLC, a Texas limited liability company (Fed. EIN 20-8889391). The address for the Debtors is 2815 Coliseum Centre Drive, Suite 150, Charlotte, North Carolina 28217.

[2] Please note that the amounts listed herein are submitted for compliance with Fed. R. Bankr. P. 1007(d) and are not an admission of liability by any Debtor.

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, governm ent contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| Medical Properties Trust, Inc. 1000 Urban Center Drive Suite 501 Birmingham, AL 35242 | Medical Properties Trust, Inc. Emmett E. McLean, EVP & COO 1000 Urban Center Drive Suite 501 Birmingham, AL 35242 (P) (205) 397-8880 (F) (205 969-3756 | Guarantee | X | X | | $43,200,000.00* |
| Medistar Corporation 7670 Woodway Drive STE 160 Houston, TX 77063 | Medistar Corporation Monzer Hourani. CEO 7670 Woodway Drive STE 160 Houston, TX 77063 (P) (713) 266-8990 (F) (713) 977-7177 | Guarantee | X | X | | $5,399,000.00* |
| Silverpoint Capital, L.P. Two Greenwich Plaza, 1st Floor Greenwich, CT 06830 | Silverpoint Capital, L.P. Richard Madigan, Senior Analyst Two Greenwich Plaza, 1st Floor Greenwich, CT 06830 (P) (203) 542-4229 (F) (203) 542-4329 | Guarantee | X | X | | $35,000,000* |
| Oscar J. Barahona, Sr. and Maria C. Medina, individually and as Next of Friends of Oscar J. Barahona, Jr., a Minor c/o Mithoff Law Firm Penthouse, One Allen Center 500 Dallas, Suite 3450 Houston, TX 77002 | Mithoff Law Firm Attn: Richard W. Mithoff Mithoff Law Firm Penthouse, One Allen Center 500 Dallas, Suite 3450 Houston, TX 77002 (P) (713) 654-1122 (F) (713) 739-8085 | Lawsuit | X | X | X | $1,900,000 |

---

\* The amounts set forth herein are the gross amount of the guarantee liability of this Debtor, without reduction for (i) realization from the primary obligor, (ii) mitigation, (iii) limitations on allowed amounts specified in the Bankruptcy Code and applicable law. Certain guarantee liabilities of the Debtor have not been listed herein based upon the Debtor's good faith estimate that the primary obligor (which in those instances pledged assets to secure the primary liability) should satisfy that primary liability in full. All rights are reserved.

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, governm ent contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, Texas 77027 | Amegy Bank of Texas<br>Paul Murphy, CEO<br>4400 Post Oak Parkway<br>Houston, Texas 77027<br>(P) (713) 235-8810<br>(F) (713) 439-5949 | Guarantee | X | X | | $1,612,288.10* |
| GE Healthcare Financial Services<br>500 West Monroe<br>Chicago, IL 60661 | GE Healthcare Financial Services<br>Jeff Malehorn, President & CEO<br>500 West Monroe<br>Chicago, IL 60661<br>(P) (312) 441-7705<br>(F) (312) 441-7770 | Guarantee | X | X | | $1,567,401.48* |
| Hitachi Capital America Corp.<br>Smt Leasing Company<br>204 Gibraltar Road, Suite 150<br>Horsham, PA 19044 | Hitachi Capital America Corp<br>Mike Miller - President<br>SMT Leasing Company<br>204 Gibraltar Road, Suite 150<br>Horsham, PA 19044<br>(P) (267) 532.1800<br>(F) (267) 532-1810 | Guarantee | X | X | | $794,536.06* |
| IBM Credit LLC<br>New Orchard Road<br>Armonk, NY 10504 | IBM Credit LLC<br>Joseph C. Lane, President<br>New Orchard Road<br>Armonk, NY 10504<br>(P) (914) 765-1900<br>(F) (914) 499-6445 | Guarantee | X | X | | $337,569.34 * |
| Delage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | Delage Landen<br>Karel Schellens, CEO<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453<br>(P) (610) 386 5000<br>(F) (610) 386-5840 | Note Payable | | | | $269,171.00 |

*   The amounts set forth herein are the gross amount of the guarantee liability of this Debtor, without reduction for (i) realization from the primary obligor, (ii) mitigation, (iii) limitations on allowed amounts specified in the Bankruptcy Code and applicable law. Certain guarantee liabilities of the Debtor have not been listed herein based upon the Debtor's good faith estimate that the primary obligor (which in those instances pledged assets to secure the primary liability) should satisfy that primary liability in full. All rights are reserved.

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, governm ent contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| Siemens Financial Services, Inc. 170 Wood Avenue South Iselin, NJ 08830 | Siemens Financial Services, Inc. Dominik Asam, CEO 170 Wood Avenue South Iselin, NJ 08830 (P) (800) 798-7721 (F) (732) 321-3178 | Note Payable | | | | $218,566.45 |
| Winston & Strawn LLP 1700 K Street, N.W. Washington, D.C., District of Columbia 20006-3817 | Winston & Strawn LLP Thomas L. Mills, Washington, D.C. Office Managing Partner 1700 K Street, N.W. Washington, D.C. 20006-3817 (P): (202) 282-5000 (F): (202) 282-5100 | Trade Payable | | | | $86,258.57 |
| Microsoft Karel Schellens, CEO 1111 Old Eagle School Rd Wayne, PA 19087 | Microsoft C/O Delage Landen Financial Services Karel Schellens, CEO 1111 Old Eagle School Rd Wayne, PA 19087 (P) (610) 386 5000 (F) (610) 386-5840 | Note Payable | | | | $23,752.00 |
| CD Capital 4404-A Stuart Andrew Blvd. Charlotte, NC 28217 | CD Capital Attn: Legal Dept. 4404-A Stuart Andrew Blvd. Charlotte, NC 28217 (P) (704) 523-3333 (F) (704) 525-1506 | Cap Lease/ Trade Payable | | | | $18,720.00 |
| Vinson & Elkins LLP First City Tower 1001 Fannin Street, Suite 2500 Houston, TX 77002-6760 | Vinson & Elkins LLP Joseph C. Dilg, Managing Partner First City Tower 1001 Fannin Street, Suite 2500 Houston, TX 77002-6760 (P) (713) 758-2062 (F) (713) 615-5396 | Trade Payable | | | | $11,617.39 |

| Name of creditor and complete mailing address including zip code | Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|---|
| Herring & Pirtle, Inc. d/b/a Herring Design 1216 Hawthorne Houston, TX 77006 | Herring & Pirtle, Inc. d/b/a Herring Design Jerry A Herring, President, Director 1216 Hawthorne Houston, TX 77006 (P) (713) 526-1250 (F) (713) 526-1861 | Trade Payable | | | | $6,791.72 |
| Marsh USA Inc. 1166 Avenue of the Americas New York, NY 10036 | Marsh USA Inc. Joseph McSweeny, CEO 1166 Avenue of the Americas New York, NY 10036 (P) (212)345-5000 (F) (212)345-4809 | Trade Payable | | | | $5,146.00 |
| Staples, Inc. 500 Staples Dr. Framingham, MA 01702 | Staples, Inc. Ronald L. Sargent, Chairman and Chief Executive Officer 500 Staples Dr. Framingham, MA 01702 (P) (508) 253-5000 (F) (508) 253-8989 | Trade Payable | | | | $1,415.87 |
| GreatAmerica Leasing Corporation PO Box 609 Cedar Rapids, IA 52401 | GreatAmerica Leasing Corporation Tony Golobic, Chairman, President And CEO PO Box 609 Cedar Rapids, IA 52401 (P) (704) 372-3320 (F) (704) 374-0886 | Cap Lease | | | | $666.76 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF DEBTOR

I, W. Christopher Shea, am the Senior Vice President, Chief Legal Officer and Assistant Secretary for Hospital Partners of America, Inc., a Delaware corporation, named as the debtor in this case (the "Debtor"), and I declare under penalty of perjury that I have read the foregoing List Of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the List of Creditors Holding 20 Largest Unsecured Claims have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Signature _____ Dated: September 24, 2008

Name: W. Christopher Shea

Title: Senior Vice President, Chief Legal Officer and Assistant Secretary