## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOSPITAL PARTNERS OF AMERICA, INC., | Case No. 08- |
| Debtor. | |

### VERIFIED LIST OF EQUITY SECURITY HOLDERS OF HOSPITAL PARTNERS OF AMERICA, INC. SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

I, W. Christopher Shea, am Senior Vice President, Chief Legal Officer and Assistant Secretary of Hospital Partners of America, Inc. I hereby certify under penalty of perjury under the laws of the United States that, to the best of my knowledge, information, and belief, the attached Exhibit A constitutes a complete and correct list of the equity security holders of Hospital Partners of America, Inc.

Dated: September 24, 2008

W. C. Shea

W. Christopher Shea
Senior Vice President, Chief Legal Officer
and Assistant Secretary

105803.3

## - EXHIBIT A -
## LIST OF EQUITY SECURITY HOLDERS OF
## HOSPITAL PARTNERS OF AMERICA, INC.

## COMMON STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 9, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 426,880 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 3,600 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 7,107 |
| Charles W. Johnson<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | 2,443,758 |
| Stephen R. Puckett<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 1,221,879 |
| SRP V Holdings Limited Partnership<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 428,156 |
| P V Limited Partnership<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 793,723 |
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 251,475 |
| Frederick S. Fink<br>18930 Mary Ardrey Circle<br>Cornelius, NC 28031 | 219,858 |

| Holder Name | Number of Shares Held |
|---|---|
| Robert Sabo<br>12660 NW 65 Drive<br>Parkland, FL 33076 | 30,000 |
| TWCP HPA Holdings, LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 207,468 |
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700<br>San Francisco, CA 94104 | 8,740 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 32,408 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 9,060 |
| Doug McMinn<br>6507 Sussex Ct.<br>Spring, TX 77389 | 13,750 |
| Ryan B. Hahn<br>3020 Shaker Dr.<br>Charlotte, NC 28210 | 5,266 |
| Kevin A. Yearick<br>15928 Lavenham Road<br>Huntersville, NC 28078 | 5,266 |
| Keith Zimmerman<br>7480 Ogden Woods Blvd.<br>New Albany, OH 43054 | 11,250 |
| SPCP Group, L.L.C.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>Attn: Claudio Chappell | 16,080 |
| SPCP Group III LLC<br>2 Greenwich Plaza | 5,360 |

| Holder Name | Number of Shares Held |
|---|---|
| Greenwich, CT 06830 Attn: Claudio Chappell | |
| S. Douglas Smith 874 S. Curtiswood Lane Nashville, TN 37204 | 7,204 |
| TOTAL | 6,148,288 |

## SERIES A-1 PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership 2490 Sand Hill Road Menlo Park, CA 94025 | 4,262,201 |
| NEA Ventures 2002, L.P. 2490 Sand Hill Road Menlo Park, CA 94025 | 17,250 |
| Charles M. Linehan 2490 Sand Hill Road Menlo Park, CA 94025 | 28,750 |
| Ryan D. Drant 5425 Wisconsin Avenue, Suite 800 Chevy Chase, MD 20815 | 4,313 |
| Charles W. Johnson 7429 Morrocroft Farm Lane Charlotte, NC 28211 | 70,917 |
| Stephen R. Puckett 789 Harbour Isles Court Palm Beach Gardens, FL 33410 | 70,917 |
| Dolph W. Von Arx 3663 Rum Row Naples, FL 34102 | 70,917 |

3

| | |
|---|---|
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 115,000 |
| Frederick S. Fink<br>18930 Mary Ardrey Circle<br>Cornelius, NC 28031 | 143,750 |
| DB Securities Inc. Cust FBO Richard M. Berkeley R-IRA<br>c/o Camden Partners<br>Attn: Richard M. Berkeley<br>One South Street, Suite 2150<br>Baltimore, MD 21202 | 28,750 |
| John T. Casey<br>6270 Highlands Court<br>Ponte Verde Bch., FL 32082 | 57,500 |
| Molly P. Mahoney, Trustee under the Molly P. Mahoney<br>Revocable Trust<br>6911 Radnor Road<br>Bethesda, MD 20817 | 8,625 |
| Robert E. Ferguson and Lewis H. Ferguson III, Trustees under<br>the Frances K. Koepp Revocable Living Trust dated 7/11/2001<br>21 Lake Forest Drive<br>St. Louis, MO 63117 | 8,625 |
| TOTAL | 4,887,515 |

## SERIES A-2 PREFERRED STOCK

| Holder Name | Number of<br>Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 3,422,980 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 22,996 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 3,449 |

4

| Holder Name | Number of Shares Held |
|---|---|
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 45,992 |
| Frederick S. Fink<br>18930 Mary Ardrey Circle<br>Cornelius, NC 28031 | 68,989 |
| Richard Berkeley<br>110 Castlewood Road<br>Baltimore, MD 21210 | 22,996 |
| Robert Sabo<br>12660 NW 65 Drive<br>Parkland, FL 33076 | 39,553 |
| Thomas Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 2,300 |
| John Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 4,599 |
| Joseph Murgo<br>6326 Seton House Lane<br>Charlotte, NC 28277 | 6,899 |
| TOTAL | 3,640,753 |

## SERIES B PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 89,130 |
| NEA Ventures 2002 L.P.<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 180 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 600 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 90 |
| Charles W. Johnson<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | 740 |
| Stephen R. Puckett<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 740 |
| Dolph W. Von Arx<br>3663 Rum Row<br>Naples, FL 34102 | 740 |
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 1,800 |
| Frederick S. Fink<br>18930 Mary Ardrey Circle<br>Cornelius, NC 28031 | 2,400 |
| DB Securities Inc. Cust FBO Richard M. Berkeley R-IRA<br>c/o Camden Partners<br>Attn: Richard M. Berkeley<br>One South Street, Suite 2150<br>Baltimore, MD 21202 | 300 |

6

| Holder Name | Number of Shares Held |
|---|---|
| John T. Casey<br>6270 Highlands Court<br>Ponte Verde Bch., FL 32082 | 600 |
| Molly P. Mahoney, Trustee under the Molly P. Mahoney Revocable Trust<br>6911 Radnor Road<br>Bethesda, MD 20817 | 90 |
| Robert E. Ferguson and Lewis H. Ferguson III, Trustees under the Frances K. Koepp Revocable Living Trust dated 7/11/2001<br>21 Lake Forest Drive<br>St. Louis, MO 63117 | 90 |
| Richard Berkeley<br>110 Castlewood Road<br>Baltimore, MD 21210 | 300 |
| Robert Sabo<br>12660 NW 65 Drive<br>Parkland, FL 33076 | 516 |
| Thomas Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 30 |
| John Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 60 |
| Joseph Murgo<br>6326 Seton House Lane<br>Charlotte, NC  28277 | 90 |
| TOTAL | 98,496 |

## SERIES C PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 7,686,212 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 15,409 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 3,082 |
| TWCP HPA Holdings, LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 7,393,098 |
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700<br>San Francisco, CA 94104 | 311,605 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 1,203,885 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 337,056 |
| TOTAL | 16,950,347 |

8

## SERIES D PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 74,820 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 150 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 30 |
| TWCP HPA Holdings, LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 71,967 |
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700,<br>San Francisco, CA 94104 | 3,033 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 11,719 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 3,281 |
| TOTAL | 165,000 |

## SERIES E PREFERRED STOCK

| Holder Name | Number of Shares Held |
| --- | --- |
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 3,671,901 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 12,596 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 1,388 |
| Charles W. Johnson<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | 3,328 |
| Stephen R. Puckett<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 3,328 |
| Dolph W. Von Arx<br>3663 Rum Row<br>Naples, FL 34102 | 21,573 |
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 9,246 |
| Robert Sabo<br>12660 NW 65 Drive<br>Parkland, FL 33076 | 18,492 |
| Joseph Murgo<br>6326 Seton House Lane<br>Charlotte, NC 28277 | 9,246 |
| TWCP HPA Holdings, LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 1,760,628 |

| Holder Name | Number of Shares Held |
|---|---|
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700<br>San Francisco, CA 94104 | 74,207 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 225,494 |
| Questmark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 63,133 |
| John R. Nickens, III<br>Nickens & Son's Farm<br>20317 Highway T<br>Richland, MO 65556 | 30,818 |
| VNBTrust Cust FBO W. Christopher Shea IRA<br>310 4th Street NE<br>Suite 102<br>Charlottesville, VA 22902 | 10,786 |
| Todd Mann<br>4409 Lakeway Blvd.<br>Austin, TX 78734 | 10,907 |
| Mark E. Hiller<br>20337 Willow Pond Road<br>Cornelius, NC 28031 | 4,374 |
| Ryan B. Hahn<br>3020 Shaker Dr.<br>Charlotte, NC 28210 | 5,213 |
| Kevin A. Yearick<br>15928 Lavenham Road<br>Huntersville, NC 28078 | 30,819 |
| Teresa S. Crabtree<br>19444 Stough Farm Road<br>Cornelius, NC 28031 | 12,372 |

| Holder Name | Number of Shares Held |
|---|---|
| W. Christopher Shea<br>11208 Colonial Country Lane<br>Charlotte, NC 28277 | 6,912 |
| Peter Luciano<br>720 Mossy Ledge Lane<br>Simpsonville, SC 29681 | 6,912 |
| Kerry Teel<br>3921 Tennyson<br>Houston, TX 77005 | 18,491 |
| Jeff W. Rush<br>195 River Falls Drive<br>Duncan, SC 29334 | 1,728 |
| Phillip D. Robinson<br>2701 Westheimer Road, Unit 3F<br>Houston, TX 77098 | 15,409 |
| TOTAL | 6,029,301 |

## SERIES F PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 10, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 35,745 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 122 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 13 |

| Holder Name | Number of Shares Held |
|---|---|
| Charles W. Johnson<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | 31 |
| Stephen R. Puckett<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 31 |
| Dolph W. Von Arx<br>3663 Rum Row<br>Naples, FL 34102 | 210 |
| Terry H. Linn<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 90 |
| Robert Sabo<br>12660 NW 65 Drive<br>Parkland, FL 33076 | 180 |
| Joseph Murgo<br>6326 Seton House Lane<br>Charlotte, NC 28277 | 90 |
| TWCP HPA Holdings LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 17,138 |
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700<br>San Francisco, CA 94104 | 722 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 2,196 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 614 |

| Holder Name | Number of Shares Held |
|---|---|
| John R. Nickens, III<br>Nickens & Son's Farm<br>20317 Highway T<br>Richland, MO 65556 | 300 |
| VNBTrust Cust FBO W. Christopher Shea IRA<br>310 4th Street NE<br>Suite 102<br>Charlottesville, VA 22902 | 105 |
| Todd Mann<br>4409 Lakeway Blvd.<br>Austin, TX 78734 | 106 |
| Mark E. Hiller<br>20337 Willow Pond Road<br>Cornelius, NC 28031 | 42 |
| Ryan B. Hahn<br>3020 Shaker Dr.<br>Charlotte, NC 28210 | 51 |
| Kevin A. Yearick<br>15928 Lavenham Road<br>Huntersville, NC 28078 | 300 |
| Teresa S. Crabtree<br>19444 Stough Farm Road<br>Cornelius, NC 28031 | 121 |
| W. Christopher Shea<br>11208 Colonial Country Lane<br>Charlotte, NC 28277 | 68 |
| Peter Luciano<br>720 Mossy Ledge Lane<br>Simpsonville, SC 29681 | 68 |
| Kerry Teel<br>3921 Tennyson<br>Houston, TX 77005 | 180 |

| Holder Name | Number of Shares Held |
|---|---|
| Jeff W. Rush<br>195 River Falls Drive<br>Duncan, SC 29334 | 17 |
| Phillip D. Robinson<br>2701 Westheimer Road, Unit 3F<br>Houston, TX 77098 | 150 |
| TOTAL | 58,690 |

## SERIES G PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 9, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 59,256 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 500 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 500 |
| TWCP HPA Holdings, LLC<br>c/o TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY  10017 | 28,798 |
| TWP/HPA Holdings LLC<br>c/o Thomas Weisel Partners Group Inc.<br>One Montgomery St., Suite 3700<br>San Francisco, CA  94104 | 1,214 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 4,498 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 1,258 |
| SPCP Group, L.L.C.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>Attn:  Claudio Chappell | 2,232 |
| SPCP Group III, L.L.C.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>Attn:  Claudio Chappell | 744 |

| Holder Name | Number of Shares Held |
|---|---|
| S. Douglas Smith<br>874 S. Curtiswood Lane<br>Nashville, TN 37204 | 1,000 |
| TOTAL | 100,000 |

## SERIES H PREFERRED STOCK

| Holder Name | Number of Shares Held |
|---|---|
| New Enterprise Associates 9, Limited Partnership<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 4,681,422 |
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 48,351 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 17,952 |
| Mohamad Makhzoumi<br>c/o New Enterprise Associates<br>2490 Sand Hill Road<br>Menlo Park, CA  94025 | 2,033 |
| Frazier Healthcare VI, L.P.<br>550 Hamilton Avenue, Suite 100<br>Palo Alto, CA 94301 | 5,080,817 |
| David H. Kosloff<br>c/o Frazier Healthcare Ventures<br>601 Union Street, Suite 3200<br>Seattle, WA 98101 | 2,033 |
| Thomas Weisel Partners Group Inc.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 43,727 |

17

| Holder Name | Number of Shares Held |
|---|---|
| Thomas Weisel Capital Partners Employee Fund, L.P.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 10,049 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 446,351 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD 21202 | 124,961 |
| TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 1,147,078 |
| TWCP Founders' Circle (QP), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 101,144 |
| TWCP Founders' Circle (AI), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 27,684 |
| Mark E. Hiller<br>20337 Willow Pond Road<br>Cornelius, NC 28031 | 1,017 |
| Equity Trust Company Cust FBO Ryan B. Hahn IRA<br>225 Burns Road<br>Elyria, OH 44035 | 5,083 |
| Equity Trust Company Cust FBO Kevin A. Yearick IRA<br>225 Burns Road<br>Elyria, OH 44035 | 8,133 |
| Concourse Investors 2, LLC<br>c/o Richard Whitney<br>624 9th Street<br>Manhattan Beach, CA 90266 | 332,420 |
| TOTAL | 12,080,255 |

## SERIES H PREFERRED WARRANTS

| Holder Name | Number of Warrants Held |
|---|---|
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 216 |
| Ryan D. Drant<br>5425 Wisconsin Avenue, Suite 800<br>Chevy Chase, MD 20815 | 80 |
| Mohamad Makhzoumi<br>c/o New Enterprise Associates<br>2490 Sand Hill Road<br>Menlo Park, VA  94025 | 9 |
| Frazier Healthcare VI, L.P.<br>550 Hamilton Avenue, Suite 100<br>Palo Alto, CA 94301 | 22,713 |
| David H. Kosloff<br>c/o Frazier Healthcare Ventures<br>601 Union Street, Suite 3200<br>Seattle, WA 98101 | 9 |
| Thomas Weisel Partners Group Inc.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 195 |
| Thomas Weisel Capital Partners Employee Fund, L.P.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 45 |
| QuestMark Partners II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD  21202 | 1,995 |
| QuestMark Partners Side Fund II, L.P.<br>One South Street, Suite 800<br>Baltimore, MD  21202 | 559 |

| Holder Name | Number of Warrants Held |
|---|---|
| TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 5,128 |
| TWCP Founders' Circle (QP), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 452 |
| TWCP Founders' Circle (AI), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 124 |
| Mark E. Hiller<br>20337 Willow Pond Road<br>Cornelius, NC 28031 | 5 |
| Equity Trust Company Cust FBO Ryan B. Hahn IRA<br>225 Burns Road<br>Elyria, OH 44035 | 23 |
| Equity Trust Company Cust FBO Kevin A. Yearick IRA<br>225 Burns Road<br>Elyria, OH 44035 | 36 |
| Concourse Investors 2, LLC<br>c/o Richard Whitney<br>624 9th Street<br>Manhattan Beach, CA  90266 | 1,486 |
| TOTAL | 33,075 |

## COMMON STOCK WARRANTS

| Holder Name | Number of Warrants Held |
|---|---|
| Charles M. Linehan<br>2490 Sand Hill Road<br>Menlo Park, CA 94025 | 7,015 |

| Holder Name | Number of Warrants Held |
|---|---|
| Charles W. Johnson<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | 31,567 |
| P IV Holdings Limited Partnership<br>c/o Stephen R. Puckett<br>789 Harbour Isles Court<br>Palm Beach Gardens, FL 33410 | 31,567 |
| Dolph W. Von Arx IRA<br>3663 Rum Row<br>Naples, FL 34102 | 21,045 |
| Thomas Weisel Partners Group Inc.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 11,561 |
| Thomas Weisel Capital Partners Employee Fund, L.P.<br>One Montgomery Street<br>Suite 3700<br>San Francisco, CA 94104 | 2,638 |
| TWCP, L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 302,595 |
| TWCP Founders' Circle (QP), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 26,657 |
| TWCP Founders' Circle (AI), L.P.<br>485 Lexington Avenue, 23rd Floor<br>New York, NY 10017 | 7,296 |
| SPCP Group, L.L.C.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>Attn: Claudio Chappell | 894,404 |

| Holder Name | Number of Warrants Held |
|---|---|
| SPCP Group III, L.L.C.<br>2 Greenwich Plaza<br>Greenwich, CT 06830<br>Attn:  Claudio Chappell | 298,135 |
| Terry H. Linn IRA<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | 14,030 |
| S. Douglas Smith<br>874 S. Curtiswood Lane<br>Nashville, TN 37204 | 14,030 |
| Concourse Investors 2, LLC<br>c/o Richard Whitney<br>624 9th Street<br>Manhattan Beach, CA  90266 | 87,687 |
| TOTAL | 1,750,227 |

## COMMON STOCK OPTIONS

| Holder Name | Number of Shares that Can Be Purchsed through Exercise |
|---|---|
| David Adcock | 10,000 |
| Jan Chicoine | 3,000 |
| Alan Cranford | 15,000 |
| Jeff Crudele | 225,000 |
| Phil Dionne | 20,000 |
| Sherri Emerson | 1,000 |

22

| Holder Name | Number of Shares that Can Be Purchsed through Execise |
|---|---|
| Laura Fortin | 5,000 |
| Cyndy Gordon | 5,000 |
| Ryan Hahn | 3,000 |
| Mark Hiller | 3,000 |
| Susan Heider | 500 |
| Sheila Hogue | 3,000 |
| Ken Howell | 25,000 |
| Todd Johnson | 600,000 |
| Ken King | 3,000 |
| Terry Linn | 350,000 |
| Peter Luciano | 100,000 |
| Todd Mann | 22,500 |
| Cucharras Martin | 500 |
| Patt Matthews | 27,500 |
| Joe Murgo | 300,000 |
| Jennifer Parrish | 2,000 |
| Keith Perry | 4,000 |
| Phil Robinson | 320,000 |
| Jim Shallock | 5,000 |
| Chris Shea | 150,000 |
| Doug Smith | 5,000 |

23

| Holder Name | Number of Shares that Can Be Purchsed through Execise |
|---|---|
| Dori Upton | 1,000 |
| Chris Vasquez | 20,000 |
| Rich Whitney | 78,428 |
| Steve Winegeart | 5,000 |
| Kevin Yearick | 3,000 |
| TOTAL | 2,315,428 |

24