IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HOSPITAL PARTNERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-<br><br>(Jointly Administered) |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(A) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

W. Christopher Shea declares under penalty of perjury under the laws of the United States of America, to the best of my knowledge, information and belief, as follows:

1. I am Senior Vice President, Chief Legal Officer and Assistant Secretary of Hospital Partners of America, Inc.

2. The individuals and entities (including affiliated individuals of such entities) listed below directly or indirectly own 10% or more of one or more classes of equity interests of the above captioned Debtor.

| SHAREHOLDER GROUP | SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|---|
| | Charles W. Johnson | 7429 Morrocroft Farm Lane Charlotte, NC 28211 | Common Stock | 2,443,758 |
| Stephen R. Puckett and Related Parties | | | | |
| | Stephen R. Puckett | 789 Harbour Isles Court Palm Beach Gardens, FL 33410 | Common Stock | 1,221,879 |
| | SRP V Holdings Limited Partnership | 789 Harbour Isles Court Palm Beach Gardens, FL 33410 | Common Stock | 428,156 |

CHAR1\1076607v2

| SHAREHOLDER GROUP | SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|---|
| | P V Limited Partnership | 789 Harbour Isles Court Palm Beach Gardens, FL 33410 | Common Stock | 793,723 |
| New Enterprise Associates Entities and Affiliated Individuals | | | | |
| | New Enterprise Associates 10, Limited Partnership | 2490 Sand Hill Road Menlo Park, CA 94025 | Series A-1 Preferred Stock | 4,262,201 |
| | | | Series A-2 Preferred Stock | 3,422,980 |
| | | | Series B Preferred Stock | 89,130 |
| | | | Series C Preferred Stock | 7,686,212 |
| | | | Series D Preferred Stock | 74,820 |
| | | | Series E Preferred Stock | 3,671,901 |
| | | | Series F Preferred Stock | 35,745 |
| | | | Series H Preferred Stock | 4,681,422 |
| | NEA Ventures 2002, L.P. | 2490 Sand Hill Road Menlo Park, CA 94025 | Series A-1 Preferred Stock | 17,250 |
| | | | Series B Preferred Stock | 180 |
| | New Enterprise Associates 9, Limited Partnership | 2490 Sand Hill Road Menlo Park, CA 94025 | Series G Preferred Stock | 59,256 |
| | Charles M. Linehan | 2490 Sand Hill Road Menlo Park, CA 94025 | Series A-1 Preferred Stock | 28,750 |
| | | | Series A-2 Preferred Stock | 22,996 |
| | | | Series B Preferred Stock | 600 |
| | | | Series C Preferred Stock | 15,409 |
| | | | Series D Preferred Stock | 150 |
| | | | Series E Preferred Stock | 12,596 |
| | | | Series F Preferred Stock | 122 |
| | | | Series G Preferred Stock | 500 |
| | | | Series H Preferred Stock | 48,351 |

| SHAREHOLDER GROUP | SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|---|
| | Ryan D. Drant | 5425 Wisconsin Avenue Suite 800 Chevy Chase, MD 20815 | Series A-1 Preferred Stock | 4,313 |
| | | | Series A-2 Preferred Stock | 3,449 |
| | | | Series B Preferred Stock | 90 |
| | | | Series C Preferred Stock | 3,082 |
| | | | Series D Preferred Stock | 30 |
| | | | Series E Preferred Stock | 1,388 |
| | | | Series F Preferred Stock | 13 |
| | | | Series G Preferred Stock | 500 |
| | | | Series H Preferred Stock | 17,952 |
| | Mohamad H. Makhzoumi | 2490 Sand Hill Road Menlo Park, CA 94025 | Series H Preferred Stock | 2,033 |
| TWCP Entities and Affiliated Individuals | | | | |
| | TWCP HPA Holdings, LLC | c/o TWCP, L.P. 485 Lexington Avenue 23rd Floor New York, NY 10017 | Series C Preferred Stock | 7,393,098 |
| | | | Series D Preferred Stock | 71,697 |
| | | | Series E Preferred Stock | 1,760,628 |
| | | | Series F Preferred Stock | 17,138 |
| | | | Series G Preferred Stock | 28,798 |
| | TWCP, L.P. | 485 Lexington Avenue 23rd Floor New York, NY 10017 | Series H Preferred Stock | 1,147,078 |
| | | | Series H Preferred Stock Warrants | 5,128 |
| | | | Common Stock Warrants | 302,595 |
| | TWCP Founders' Circle (QP), L.P. | 485 Lexington Avenue 23rd Floor New York, NY 10017 | Series H Preferred Stock | 101,144 |

| SHAREHOLDER GROUP | SHAREHOLDER | ADDRESS | CLASS OF EQUITY | NUMBER OF SHARES |
|---|---|---|---|---|
| | | | Series H Preferred Stock Warrants | 452 |
| | | | Common Stock Warrants | 26,657 |
| | TWCP Founders' Circle (AI), L.P. | 485 Lexington Avenue 23rd Floor New York, NY 10017 | Series H Preferred Stock | 27,684 |
| | | | Series H Preferred Stock Warrants | 124 |
| | | | Common Stock Warrants | 7,296 |
| Frazier Healthcare Entities and Affiliated Individuals | | | | |
| | Frazier Healthcare VI, L.P. | 550 Hamilton Avenue Suite 100 Palo Alto, CA 94301 | Series H Preferred Stock | 5,080,817 |
| | | | Series H Preferred Stock Warrants | 22,713 |
| | David H. Kosloff | c/o Frazier Healthcare Ventures 601 Union Street, Suite 3200 Seattle, WA 98101 | Series H Preferred Stock | 2,033 |
| | | | Series H Preferred Stock Warrants | 9 |
| SPCP Entities and Affiliated Individuals | | | | |
| | SPCP Group, L.L.C. | 2 Greenwich Plaza Greenwich, CT 06830 Attn: Claudio Chappell | Common Stock Warrants | 894,404 |
| | SPCP Group III LLC | 2 Greenwich Plaza Greenwich, CT 06830 Attn: Claudio Chappell | Common Stock Warrants | 298,135 |

Dated: September 24, 2008

_W. C. Shea_
W. Christopher Shea
Senior Vice President, Chief Legal Officer
and Assistant Secretary