# EXHIBIT 5

| | |
|---|---|
| **CORPORATION SERVICE COMPANY**<br>www.incspot.com | CSC- Sacramento<br>Suite 100<br>2730 Gateway Oaks Drive<br>Sacramento, CA 95833<br>800-222-2122<br>916-563-2121 (Fax) |



UCF-11481351-002-6

| | | | |
|---|---|---|---|
| Matter# | 54415-004 | Order# | 728169-2 |
| Project Id : | | Order Date | 09/18/2008 |
| Additional Reference : NOT PROVIDED | | | |

| | |
|---|---|
| Entity Name : | TRINITY MC MANAGEMENT, LLC   (Debtor)/ NEW ENTERPRISES ASSOCIATES 10, LIMITED PARTNERSHIP  (Secured Party) |
| Jurisdiction : | TX-SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS |
| Request for : | UCC Filing |
| File Watch Order : | Yes |
| File Type : | ORIGINAL |
| Result : | Filed |
| File Number : | 08-0031289273 |
| Filing Date : | 09/22/2008 |

Ordered by JAVIER SANTIAGO at PROSKAUER ROSE LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot, please feel free to contact us.

Janette McIntyre
jmcintyr@cscinfo.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return to:
Corporation Service Company
Post Office Box 2969
Springfield, Illinois 62708

08-0031289273
09/22/2008 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
230456530004

N3    THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
   1a. ORGANIZATION'S NAME: TRINITY MC MANAGEMENT, LLC
   1c. MAILING ADDRESS: c/o 2815 COLISEUM CENTRE DRIVE, SUITE 150
   CITY: CHARLOTTE    STATE: NC    POSTAL CODE: 28217    COUNTRY: USA
   1e. TYPE OF ORGANIZATION: LLC
   1f. JURISDICTION OF ORGANIZATION: TEXAS
   1g. ORGANIZATIONAL ID #: 0800796186

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME (blank)

3. SECURED PARTY'S NAME
   3a. ORGANIZATION'S NAME: NEW ENTERPRISES ASSOCIATES 10, LIMITED PARTNERSHIP
   3c. MAILING ADDRESS: 1119 ST. PAUL STREET
   CITY: BALTIMORE    STATE: MD    POSTAL CODE: 21202

4. This FINANCING STATEMENT covers the following collateral:

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREOF FOR A FULL DESCRIPTION OF THE COLLATERAL.

8. OPTIONAL FILER REFERENCE DATA: 2pg  728169-2  2  RT

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## SCHEDULE A

### COLLATERAL DESCRIPTION TO
### UNIFORM COMMERCIAL CODE FINANCING STATEMENT

DEBTOR: **Trinity MC Management, LLC**

SECURED PARTIES: **New Enterprise Associates 10, Limited Partnership**

This Financing Statement covers the following:

All of Debtor's right, title and interest in and to the Net Cash Proceeds realized from the sale or other disposition of any Stock received or receivable or otherwise distributed to the Debtor in respect of such Stock and all accounts, distributions, cash, instruments and other property or proceeds from time to time received, receivable or otherwise distributed in respect of or in exchange for such Net Cash Proceeds and all proceeds thereof.

"**Loan Documents**" means the Credit Agreement dated as of September 15, 2008 by and between Hospital Partners of America, Inc. and New Enterprise Associates 10, Limited Partnership, the Line of Credit Note by Hospital Partners of America, Inc. in favor of New Enterprise Associates 10, Limited Partnership, the Pledge and Security Agreement dated as of September 15, 2008 by and between Hospital Partners of America, Inc., Trinity Management MC, LLC and New Enterprise Associates 10, Limited Partnership and each other document, contract and instrument reasonably required by or at any time delivered to Lender in connection with the Credit Agreement.

"**Net Cash Proceeds**" means with respect to any sale or disposition by Debtor, directly or indirectly, of property or assets, the amount of cash proceeds (other than escrowed funds to support obligations reasonably expected to be payable) received (directly or indirectly) from time to time (whether as initial consideration or through the payment of deferred consideration) by or on behalf of Debtor, in connection therewith after deducting therefrom only (i) the amount of any indebtedness secured by any permitted lien on any asset (other than (A) indebtedness owing to Secured Party under the Loan Documents and (B) indebtedness assumed by the purchaser of such asset) which is required to be, and is, repaid in connection with such sale or disposition, (ii) fees, commissions and expenses related thereto and required to be paid by Debtor in connection with such sale or disposition and (iii) taxes paid or payable to any taxing authorities by Debtor in connection with such sale or disposition, in each case to the extent, but only to the extent, that the amounts so deducted are, at the time of receipt of such cash, actually paid or payable to a Person that is not an affiliate of Debtor, and are properly attributable to such transaction.

"**Person**" means an individual, partnership, corporation, limited liability company, business trust, joint stock company, trust, unincorporated association, joint venture, nation or government, state or other political subdivision thereof and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government or other entity of whatever nature.

"Stock" means all shares, options, warrants, general or limited partnership interests, membership interests, units or other equivalents (regardless of how designated) of or in a corporation, partnership, limited liability company or equivalent entity whether voting or nonvoting.

This stamp is applied to this record by the Secretary of State of Texas for scanning purposes only. It bears no significance to the content of the filed record.

2

| | |
|---|---|
| **CORPORATION SERVICE COMPANY**<br>www.incspot.com | CSC- Sacramento<br>Suite 100<br>2730 Gateway Oaks Drive<br>Sacramento, CA 95833<br>800-222-2122<br>916-563-2121 (Fax) |



UCF-11481350-001-4

| | | | |
|---|---|---|---|
| **Matter#** | JAVIER | **Order#** | 728169-1 |
| **Project Id :** | | **Order Date** | 09/18/2008 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Entity Name :** | HOSPITAL PARTNERS OF AMERICA, INC. (Debtor)/ NEW ENTERPRISES ASSOCIATES 10, LIMITED PARTNERSHIP (Secured Party) |
| **Jurisdiction :** | DE-SECRETARY OF STATE |
| **Request for :** | UCC Filing |
| **File Watch Order :** | Yes |
| **File Type :** | ORIGINAL |
| **Result :** | Filed |
| **File Number :** | 20083189626 |
| **Filing Date :** | 09/19/2008 |

Ordered by JAVIER SANTIAGO at PROSKAUER ROSE LLP

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.incspot.com.

If you have any questions concerning this order or IncSpot,  please feel free to contact us.

Janette McIntyre
jmcintyr@cscinfo.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 01:40 PM 09/19/2008*
*INITIAL FILING # 2008 3189626*

*SRV: 080969434*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: HOSPITAL PARTNERS OF AMERICA, INC.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2815 COLISEUM CENTRE DRIVE, SUITE 150 | CHARLOTTE | NC | 28217 | USA |

1e. TYPE OF ORGANIZATION: CORPORATION
1f. JURISDICTION OF ORGANIZATION: DELAWARE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: NEW ENTERPRISES ASSOCIATES 10, LIMITED PARTNERSHIP

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1119 ST. PAUL STREET | BALTIMORE | MD | 21202 | |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREOF FOR A FULL DESCRIPTION OF THE COLLATERAL.

5. ALTERNATIVE DESIGNATION (if applicable): LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## SCHEDULE A

### COLLATERAL DESCRIPTION TO
### UNIFORM COMMERCIAL CODE FINANCING STATEMENT

DEBTOR:            **Hospital Partners of America, Inc.**

SECURED PARTIES:   **New Enterprise Associates 10, Limited Partnership**

This Financing Statement covers the following:

(a)   All of the Debtor's Stock (collectively, the "Pledged Shares") of or in Surgical Hospital of Austin Management, Inc., Austin Surgical Hospital Holdings, Inc. and Trinity MC Management, LLC (collectively, the "Pledged Entities") and the certificates, if any, representing the Pledged Shares, and all dividends, distributions, cash, instruments and other property or proceeds from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of the Pledged Shares and all proceeds thereof;

(b)   all additional shares of Stock of or in a Pledged Entity from time to time acquired by such Debtor in any manner (which shares shall be deemed to be part of the Pledged Shares), and the certificates, if any, representing such additional shares, and all dividends, distributions, cash, instruments and other property or proceeds from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such Stock and all proceeds thereof; and

(c)   all of Debtor's right, title and interest in and to the Net Cash Proceeds realized from the sale or other disposition of any Stock (other than the Pledged Shares) received or receivable or otherwise distributed to the Debtor in respect of such Stock and all accounts, distributions, cash, instruments and other property or proceeds from time to time received, receivable or otherwise distributed in respect of or in exchange for such Net Cash Proceeds and all proceeds thereof.

"**Loan Documents**" means the Credit Agreement dated as of September 15, 2008 by and between Hospital Partners of America, Inc. and New Enterprise Associates 10, Limited Partnership, the Line of Credit Note by Hospital Partners of America, Inc. in favor of New Enterprise Associates 10, Limited Partnership, the Pledge and Security Agreement dated as of September 15, 2008 by and between Hospital Partners of America, Inc., Trinity Management MC, LLC and New Enterprise Associates 10, Limited Partnership and each other document, contract and instrument reasonably required by or at any time delivered to Lender in connection with the Credit Agreement.

"**Net Cash Proceeds**" means with respect to any sale or disposition by Debtor, directly or indirectly, of property or assets, the amount of cash proceeds (other than escrowed funds to support obligations reasonably expected to be payable) received (directly or indirectly) from time to time (whether as initial consideration or through the payment of deferred consideration) by or on behalf of Debtor, in connection therewith after deducting therefrom only (i) the amount of any indebtedness secured by any permitted lien on any asset (other than (A) indebtedness owing to Secured Party under the Loan Documents and (B) indebtedness assumed by the purchaser of such asset) which is required to be, and is, repaid in connection with such sale or disposition, (ii) fees, commissions and expenses related thereto and required to be paid by Debtor in connection

with such sale or disposition and (iii) taxes paid or payable to any taxing authorities by Debtor in connection with such sale or disposition, in each case to the extent, but only to the extent, that the amounts so deducted are, at the time of receipt of such cash, actually paid or payable to a Person that is not an affiliate of Debtor, and are properly attributable to such transaction.

**"Person"** means an individual, partnership, corporation, limited liability company, business trust, joint stock company, trust, unincorporated association, joint venture, nation or government, state or other political subdivision thereof and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government or other entity of whatever nature.

**"Stock"** means all shares, options, warrants, general or limited partnership interests, membership interests, units or other equivalents (regardless of how designated) of or in a corporation, partnership, limited liability company or equivalent entity whether voting or nonvoting.