# EXHIBIT 1

## Hospital Partners of America, Inc.
### Organizational Chart

**Hospital Partners of America, Inc.**, a Delaware corporation

Subsidiaries (100% owned unless noted):

- **Surgical Hospital of Austin Management, Inc.**, a Delaware corporation (100%)
  - General Partner, 1.03% of Surgical Hospital of Austin, L.P.
- **Austin Surgical Hospital Holdings, Inc.**, a Delaware corporation (100%)
  - Limited Partner, 90.75% of Surgical Hospital of Austin, L.P.
- **Surgical Hospital of Austin, L.P.**, a Texas limited partnership
  - 8.22% Various physician investors (individuals and entities)
- **River Oaks Medical Center Management, Inc.**, a Texas corporation (100%)
  - General Partner, .09% of River Oaks Medical Center, L.P.†
- **River Oaks Holdings, Inc.**, a Delaware corporation* (100%)
  - Limited Partner, 59.45% of River Oaks Medical Center, L.P.†
- **River Oaks Medical Center, L.P.**, a Texas limited partnership†
  - Limited Partner, 99% of Hospital Properties of Houston, L.P.
  - 40.46% River Oaks Medical Associates, LLP, a Texas limited liability partnership
- **HPH Management, Inc.**, a Texas corporation (100%)
  - 1% General Partner of Hospital Properties of Houston, L.P.
- **Hospital Properties of Houston, L.P.**, a Texas limited partnership
- **SRMC Management, Inc.**, a Delaware corporation (100%)
  - Manager, 81.9% of Shasta Regional Medical Center, LLC
- **Shasta Regional Medical Center, LLC**, a California limited liability company
  - Warrant for 7.5% Wellpoint Health Networks, Inc.
  - 18.1% Physicians For Excellence, L.P., a California limited partnership
- **SJ Medical Center Management, LLC**, a Texas limited liability company (100%)
  - Manager, 78.2% of SJ Medical Center, LLC
- **SJ Medical Center, LLC, d/b/a St. Joseph Medical Center**, a Texas limited liability company
  - 21.8% Various Physician Investors
- **Trinity MC Management, LLC**, a Texas limited liability company (100%)
  - Manager, 71% of Trinity MC, LLC
- **Trinity MC, LLC**, a Texas limited liability company
  - 29% Various Physician Investors
- **NDH Medical GP, LLC**, a Texas limited liability company (100%)
  - 1% of NDH Management, L.P.
- **NDH Holdings, LLC** a Texas limited liability company (100%)
  - 99% of NDH Management, L.P.
- **NDH Management, L.P.**, a Texas limited partnership
- **NDHR Management, LLC**, a Texas limited liability company (100%)
  - 100% North Dallas Health Regional Medical Center, LLC, a Texas limited liability company
- **MSH Management, Inc.**, a Louisiana corporation (100%)

Legend:
- ▒ Entities filing voluntary chapter 11 petitions in September 2008
- \* On June 23, 2008, River Oaks Holdings, Inc. filed a voluntary chapter 11 petition
- † On July 2, 2008, River Oaks Medical Center, L.P. filed a voluntary chapter 11 petition

EXHIBIT 1