# EXHIBIT 4

## LINE OF CREDIT PROMISSORY NOTE

New York, New York
September 15, 2008

$900,000

      **FOR VALUE RECEIVED**, Hospital Partners of America, Inc., a Delaware corporation (the "Company"), promises to pay to the order of New Enterprise Associates 10, Limited Partnership, or order (collectively, "Payee"), on or before October 15, 2008, the lesser of (i) $900,000 and (ii) the unpaid principal amount of all advances made by Payee under the Line of Credit (as defined in the Credit Agreement referred to below).

      The Company also promises to pay interest on the unpaid principal amount hereof from the Closing Date until paid in full at the rates and at the times which shall be determined in accordance with the provisions of that certain Credit Agreement, of even date herewith, by and between the Company and New Enterprise Associates 10, L.P. (such agreement, as it may be amended, modified or supplemented from time to time, the "Credit Agreement"). Capitalized terms used herein without definition shall have the meanings set forth in the Credit Agreement.

      This Note is the Company's "Line of Credit Note" and is issued pursuant to and entitled to the benefits of the Credit Agreement to which reference is hereby made for a more complete statement of the terms and conditions under which the advances evidenced hereby were made and are to be repaid.

      All payments of principal and interest in respect of this Note shall be made in lawful money of the United States of America in same day funds at the office of Payee located at 1119 St. Paul Street, Baltimore, Maryland 21202, or at such other place as shall be designated in writing for such purpose in accordance with the notice provisions of the Credit Agreement.

      Whenever any payment on this Note shall be stated to be due on a day which is not a Business Day, such payment shall be made on the next succeeding Business Day and such extension of time shall be included in the computation of the payment of interest on this Note.

      This Note is secured pursuant to the terms of the Security Agreement.

      THIS NOTE SHALL BE GOVERNED BY, AND SHALL BE CONSTRUED AND ENFORCED IN ACCORDANCE WITH, THE INTERNAL LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICTS OF LAW PROVISIONS.

      Upon the occurrence of an Event of Default, the unpaid balance of the principal amount of this Note and all other obligations of the Company under the Credit Agreement, together with all accrued but unpaid interest thereon, may be declared to be due and payable in the manner, upon the conditions and with the effect provided in the Credit Agreement.

      The terms of this Note are subject to amendment only in the manner provided in the Credit Agreement.

The obligation of the Company to pay the principal of and interest on this Note at the place, at the respective times, and in the currency herein prescribed is absolute and unconditional.

The Company promises to pay all costs and expenses, including all attorneys' fees and expenses, all as provided in the Credit Agreement, actually incurred in the collection and enforcement of this Note, including any such costs, expenses or fees actually incurred in any appeal in connection with the collection and enforcement of this Note. The Company hereby consents to renewals and extensions of time at or after the maturity hereof, without notice, and hereby waives diligence, presentment, protest, demand and notice of every kind and, to the full extent permitted by law, the right to plead any statute of limitations as a defense to any demand hereunder.

[Signature page follows.]

IN WITNESS WHEREOF, the Company has caused this Note to be executed and delivered by its duly authorized officer, as of the day and year and at the place first above written.

HOSPITAL PARTNERS OF AMERICA, INC.

By: /s/ W. C. Shea

Name: W. Christopher Shea

Title: Sr VP / Chief Legal Officer