# EXHIBIT 6

# FIRST AMENDMENT TO CREDIT AGREEMENT

**FIRST AMENDMENT TO CREDIT AGREEMENT**, dated as of September 22, 2008, by and between New Enterprise Associates 10, Limited Partnership, a Delaware limited partnership ("Lender"), and Hospital Partners of America, Inc., a Delaware corporation ("Borrower").

## Recitals:

The Borrower and Lender are parties to a certain Credit Agreement dated as of September 15, 2008 (as may at any time be amended, restated or otherwise modified, the "Loan Agreement"), pursuant to which the Lender and the Borrower have agreed the terms on which the Lender may make certain loans to Borrower.

Borrower has requested that Lender amend the Loan Agreement as set forth below to increase the Maximum Amount (as such term is defined in Section 2.1(a) of the Loan Agreement). The Lender is willing to amend the Loan Agreement as set forth below, subject to the terms and conditions contained herein.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby severally acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

i) **Definitions.** All capitalized terms used in this Amendment, unless otherwise defined herein, shall have the meaning ascribed to such terms in the Loan Agreement.

ii) **Amendments to Loan Agreement.** The Loan Agreement is hereby amended as follows:

(a) By adding the following new definitions in the appropriate alphabetical locations in Section 1.1 of the Loan Agreement:

""**Financing Documents**" shall mean means this Agreement, the Security Agreement and any other documents related to the Loan Agreement, as each may be amended, supplemented or otherwise modified from time to time."

""**Maximum Amount**" $1,000,000 or such other amount as agreed upon by the parties hereto in writing.""

(b) Section 2.1 is amended and restated in its entirety as follows:

" Line of Credit. Subject to the terms and conditions of this Agreement, Lender hereby agrees to make advances to Borrower (each, an "Advance") from time to time up to and including October 15, 2008 (the "Maturity Date"), not to exceed at any time an aggregate principal amount equal to the Maximum Amount (the "Line of Credit"). Proceeds of the Line of Credit shall be used solely to fund certain costs and expenses which may from time to time be incurred by the HPA Parties, in each case, which have been approved by A&M and shall not differ materially from the HPA Cash Flow Forecast, subject to the terms hereof. Borrower's obligation to repay Advances shall be evidenced by a promissory note substantially in the form of Exhibit A attached hereto (as it may be amended, the "Line of Credit Note"), all of the terms of which are incorporated herein by this reference. On the Maturity Date, any and all amounts outstanding under the Line of Credit shall be due and payable in full."

iii) **Ratification and Reaffirmation.** Borrower hereby ratifies and reaffirms the obligations, each of the Financing Documents and all of Borrower's covenants, duties, indebtedness and liabilities under the Financing Documents.

iv) **Acknowledgments and Stipulations.** Borrower acknowledges and stipulates that the Loan Agreement and the other Financing Documents executed by Borrower are legal, valid and binding obligations of Borrower that are enforceable against Borrower in accordance with the terms thereof; all of the obligations owing to Lender by the Borrower are owing and payable without defense, offset or counterclaim (and to the extent there exists any such defense, offset or counterclaim on the date hereof, the same is hereby waived by Borrower); and the security interests and liens granted or to be granted by Borrower in favor of the Lender are or will be duly perfected, first priority security interests and liens subject to Permitted Liens.

v) **Representations and Warranties.** Borrower represents and warrants to Lender, to induce Lender to enter into this Amendment, that no Default or Event of Default exists on the date hereof; this Amendment has been duly executed and delivered by Borrower; and all of the representations and warranties made by Borrower in the Loan Agreement are true and correct as if made on and as of the date hereof.

vi) **Reference to Loan Agreement.** Upon the effectiveness of this Amendment, each reference in the Loan Agreement to "this Agreement," "hereunder," or words of like import shall mean and be a reference to the Loan Agreement, as amended by this Amendment.

vii) **Breach of Amendment.** This Amendment shall be part of the Loan Agreement and a breach of any representation, warranty or covenant herein shall constitute an Event of Default.

viii) **Conditions Precedent.** The effectiveness of the amendments contained in Section 2 hereof are subject to the Lender's receipt of a duly executed counterpart of this Amendment and such additional documents, instruments and certificates as Lender shall require in connection herewith.

ix) **Miscellaneous.** This Amendment shall be governed by and construed in accordance with the internal laws of the State of New York. This Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns; provided, however, that the Borrower may not assign any of its rights or obligations hereunder without the Lender's prior written consent. This Amendment may be executed in any number of counterparts and by different parties to this Amendment on separate counterparts, each of which, when so executed, shall be deemed an original, but all such counterparts shall constitute one and the same agreement. Section titles and references used in this Amendment shall be without substantive meaning or content of any kind whatsoever and are not a part of the agreements among the parties hereto.

x) **No Novation, etc.**. Except as otherwise expressly provided in this Amendment, nothing herein shall be deemed to amend or modify any provision of the Loan Agreement or any of the other Financing Documents, each of which shall remain in full force and effect. This Amendment is not intended to be, nor shall it be construed to create, a novation or accord and satisfaction, and the Loan Agreement as herein modified shall continue in full force and effect.

xi) **Further Assurances.** Borrower agrees to take such further actions as Lender shall reasonably request from time to time in connection herewith to evidence or give effect to the amendments set forth herein or any of the transactions contemplated hereby.

xii) <u>Counterparts</u>. This Amendment may be executed in any number of counterparts, each of which when so executed shall be deemed an original but all such counterparts shall constitute one and the same instrument. A counterpart signature page delivered by fax transmission shall be as effective as delivery of an originally executed counterpart.

xiii) **<u>Waiver of Jury Trial</u>. To the fullest extent permitted by applicable law, the parties hereto each hereby waives the right to trial by jury in any action, suit, counterclaim or proceeding arising out of or related to this Amendment.**

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed by their respective authorized officers as of the day and year first above written.

HOSPITAL PARTNERS OF AMERICA, INC.

By: *W. Co Sh* 
Name: W. Christopher Sh 
Title: SrVP/Chief Legal Officer

NEW ENTERPRISE ASSOCIATES 10, LIMITED PARTNERSHIP

By: _____
    Name: _____
    Title: _____

Signature Page to Amendment No. 1 of HPA Loan Agreement