# **Exhibit A**

DOCS_DE:141183.1

| Contract[1] | Counterparty | Notice Address | Description of Service |
|---|---|---|---|
| Corporate Software Discount Agreement dated August 13, 2006<br><br>Meditract #1003.750C | 3M | 3M Health Information Systems 575 West Murray Blvd. Murray, UT 84123-4611 | Coding and reimbursement software |
| Master Services Agreement between AllHealthLogic, LLC and HPA dated July 1, 2004<br><br>Meditract # 1003.747E | AllHealthLogic, LLC | AllHealthLogic, LLC 515 S. Figueroa Street, Suite 1300 Los Angeles, CA 90071-3322 Attn: President Fax: (213) 629-4272 | Internet-based data transfer services |
| AT&T Long Distance<br><br>Primary Account # 61876646; HPA Circuits 118264655, 119888848, and 124588042 | AT&T | AT&T Long Distance P.O. Box 856178 Louisville, KY 40285 | Backup Data Circuits between facilities |
| Auditlogix Subscription Agreement effective August 23, 2007<br><br>Meditract # 1003.732C | DCS Global Systems Inc. | DCS Global Systems Inc 1255 West 15th Street, Suite 620 Plano, TX 75075 | Optimizes data collection requirements of billing by forcing registration to capture key data |
| Master Services Agreement dated October 13, 2005<br><br>Meditract # 1003.773C | Dimension Data North America, Inc. | Dimension Data P.O. Box 403667 Atlanta, GA 30384 | Monthly monitoring of servers, circuits and infrastructure |
| Professional Services Agreement (Compliance Audit) between HPA and Health Information Associates, Inc. dated February 1, 2007 | Health Information Associates, Inc. | Health Information Associates, Inc. P.O. Box 3787 Pawleys Island, SC 29585 Attn: Joel Shealy, COO Jshealy@hiacode.com | Coding review and compliance audit services |
| Agreement between HIS Strategies, Inc. and HPA dated October 18, 2007 | Health Strategies, Inc. | HIS Strategies, Inc. 1617 Indian Creek Circle, Suite 110 Franklin, TN 37064 Ph: (615) 424-2489 | Testing of HMS release 7.0. |
| | | | |

---

[1] The Debtors reserve the right to argue that the Contracts are not executory contracts or unexpired personal property leases within the meaning of section 365 of the Bankruptcy Code in connection with any objection to any claim that may be asserted. Exhibit A includes contracts that may have terminated or expired by their terms by have been included in this Motion out of an abundance of caution  Moreover, in the event there is a determination that the Contracts are not executory contracts or unexpired personal property leases, the Debtors reserve the right to argue that the property subject to the Contracts was abandoned effective as of the date the Contracts would have otherwise been deemed rejected.

1

| Contract[1] | Counterparty | Notice Address | Description of Service |
|---|---|---|---|
| Service and License Agreement dated June 30, 2006<br><br>Meditract # 1003.724C | HealthStream Research | HSTM<br>HealthStream, Inc.<br>209 10th Avenue South, Suite 450<br>Nashville, TN 37203 | Provide satisfaction surveys for physicians, patients and staff |
| License Agreement between IMPAC Medical Systems, Inc. and HPA dated May 7, 2004<br><br>Meditract #: 1003.754C | IMPAC Medical Systems, Inc. | IMPAC Medical Systems, Inc.<br>100 West Evelyn Avenue<br>Mountain View, CA 94041<br>Attn: Legal Affairs<br>Fax: (650) 623-8911 | Powerpath software, services and equipment |
| Agreement between InterCerve, Inc. and HPA dated November 17, 2003<br><br>Meditract #1003.685C | InterCerve, Inc. | InterCerve, Inc.<br>6415_D Northcross Drive<br>Huntersville, NC 28078<br>Ph: (704) 895-6241<br>Fax: (704) 895-8771 | Web hosting provider |
| Agreement between InterCerve, Inc. and HPA dated May 21, 2004<br><br>Meditract #1003.800C | InterCerve, Inc. | InterCerve, Inc.<br>6415_D Northcross Drive<br>Huntersville, NC 28078<br>Ph: (704) 895-6241<br>Fax: (704) 895-8771 | Web hosting provider |
| Client Services Agreement between Kforce, Inc. and HPA dated October 5, 2006 | Kforce, Inc. | Kforce, Inc.<br>1001 East Palm Avenue<br>Tampa, FL 33605<br>Attn: Contracts Management | Staffing for medical records coding, clinic coding, assembly and analysis, transcription, cancer registry and interim management positions |
| Sales and Support Agreement between Lanier Healthcare, LLC and OrthoNeuro Corporation (n/k/a HPA) dated June 13, 2003<br><br>Meditract # 1003.785E | Lanier Healthcare, LLC | Lanier Healthcare, LLC<br>5430 Metric Place, Suite 200<br>Norcross, GA 30092 | VXP dictation/transcription services |
| Subscription Agreement between MedAssets Net Revenue Systems, LLC and HPA dated July 26, 2005 | MedAssets Net Revenue Systems, LLC | MedAssets Net Revenue Systems<br>3715 Northside Pkwy<br>Bldg. 200, Suite 500<br>Atlanta, GA 30327<br>Ph: (404) 261-4408 | IT/ subscription services / chargemaster maintenance and crosswalk tools between charge and item master |
| Custom System Agreement dated June 4, 2004<br><br>Meditract # 1003.790C | Medical Data Exchange | Medical Data Exchange<br>One World Trade Center, Suite 2400<br>Long Beach, CA 90831 | Claims processing and related services for MediCal and other providers as requested |

| **Contract** | **Counterparty** | **Notice Address** | **Description of Service** |
|---|---|---|---|
| Master Agreement between MedeFinance, Inc. and HPA dated March 29, 2005<br><br>Meditract # 1003.788E | MedeFinance, Inc. | MedeFinance, Inc.<br>5858 Horton Street, Suite 170<br>Emeryville, CA 94608 | Accounts receivables services included aging trial balance, daily payment and adjustment transaction files. |
| Master Consulting Agreement between HPA and MPA Consulting, Inc. dated April 1, 2006 | MPA Consulting, Inc. | MPA Consulting, Inc.<br>383 Park Avenue<br>Long Beach, CA 90814<br>Attn: Monica Pappas, President | Consulting services / medical record coding and health information management |
| Nursing Spectrum/Nurse Week CE Direct Service Agreement between HPA and Nursing Spectrum/Nurse Week dated October 11, 2006<br><br>Meditract #1003.781C | Nursing Spectrum/Nurse Week | Nursing Spectrum/Nurse Week<br>1 Presidential Blvd, Suite 412<br>Bala Cynwyd, PA 19004<br>Ph: (800) 798-1960<br>Fax: (800) 878-0823 | Continuing education for nurses |
| Staffing Agreement between On Assignment Health Information Management and HPA dated May 10, 2006 | OnAssignment Health Information Management | On Assignment Health Information Management<br>8150 Corporate Park Drive<br>Suite 300<br>Cincinnati, Ohio 45242<br>Attn: Contracts Admin.<br>Fax: (866) 732-1821 | Staffing for coding support services |
| Engagement Agreement between HPA and ProClaim Medical Recovery, Inc. dated March 27, 2008 | ProClaim Medical Recovery, Inc. | ProClaim Medical Recovery, Inc.<br>2433 Arty Ave.<br>Charlotte, NC 28208<br>Attn: Kevin Leonard<br>Ph: (704) 399-2131 | Claims audit services |
| Enterprise Agreement License, Maintenance and Support, and Professional Services Terms and Conditions between Wyndgate Technologies and HPA dated May 7, 2004<br><br>Meditract # 1003.751C | Wyndgate Technologies | Wyndgate Technologies<br>4925 Robert J. Matthews Parkway<br>Suite 100<br>El Dorado Hills, CA 95762<br>Ph: (916) 404-8400<br>Fax: (916) 404-8484 | Software and medical device |

DOCS_DE:141183.1