# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HOSPITAL PARTNERS OF AMERICA, INC. et al.,[1] | Case No.: 08-12180 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## SCHEDULES OF ASSETS AND LIABILITIES
## FOR DEBTOR HOSPITAL PARTNERS OF AMERICA, INC.

---

[1] The Debtors comprise the following entities: Hospital Partners of America, Inc., a Delaware corporation (Fed. EIN 56-2301189), SJ Medical Center Management, LLC, a Texas limited liability company (Fed. EIN 20-4835598), Surgical Hospital of Austin Management, Inc., a Delaware corporation (Fed. EIN 01-0719812), Austin Surgical Hospital Holdings, Inc., a Delaware corporation (Fed. EIN 01-0719774), and Trinity MC Management, LLC, a Texas limited liability company (Fed. EIN 20-8889391). The address for the Debtors is 2815 Coliseum Centre Drive, Suite 150, Charlotte, North Carolina 28217.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **CHAPTER 11** |
| **HOSPITAL PARTNERS OF AMERICA, INC.** | ) |
| **et al.,**[1] | ) **CASE NO. 08-12180 (BLS)** |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) |
| ------------------------------------------------------------ | ) |

## GLOBAL NOTES PERTAINING TO ALL DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On September 24, 2008 (the "Petition Date"), Hospital Partners of America, Inc. ("HPA"), and its chapter 11 affiliates, debtors and debtors in possession in the above-captioned chapter 11 cases (collectively with HPA, the "Debtors"), each filed voluntary petitions before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors continue to operate and manage their business, as debtors-in-possession, pursuant to 11 U.S.C. §§ 1107 and 1108.

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") of the Debtors have been prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors with the assistance of its advisors and are unaudited. While the Debtors' management have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtors' books and records may result in material changes to financial data and other information contained herein. The Debtors reserve their rights to amend these Schedules and Statements from time to time as may be necessary or appropriate. These global notes (the "Global Notes")[2] regarding the Debtors' Schedules and Statements are incorporated by reference in and comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

Nothing contained in the Schedules and Statements is intended nor shall it constitute a waiver of rights or admission by the Debtors with respect to the Debtors' Chapter 11

---

[1] The Debtors comprise the following entities: Hospital Partners of America, Inc., a Delaware corporation (Fed. EIN 56-2301189), SJ Medical Center Management, LLC, a Texas limited liability company (Fed. EIN 20-4835598), Surgical Hospital of Austin Management, Inc., a Delaware corporation (Fed. EIN 01-0719812), Austin Surgical Hospital Holdings, Inc., a Delaware corporation (Fed. EIN 01-0719774), and Trinity MC Management, LLC, a Texas limited liability company (Fed. EIN 20-8889391). The address for the Debtors is 2815 Coliseum Centre Drive, Suite 150, Charlotte, North Carolina 28217.

[2] These notes are in addition to the specific notes contained in each Debtors' Schedules or Statements.

cases including, but not limited to any issues involving substantive consolidation, recharacterization, valuation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

1. **Description of the Cases and "as of" Information Date.** On the Petition Date, the Debtors filed voluntary petitions with the Bankruptcy Court under Chapter 11 of the Bankruptcy Code. The Debtors' cases have been administratively consolidated for the purpose of joint administration under case number 08-12180 (BLS). Asset and liability information is as of the Petition Date, except with respect to the book value of non-cash assets, which is shown as of September 30, 2008. Book value may or may not correspond to fair market value. The Debtors have attempted to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available to, and further research is conducted by, the Debtors, the Debtors' allocation of assets and liabilities between pre-petition and post-petition periods may change.

2. **Basis of Presentation.** The Schedules and Statements reflect the book value of assets and liabilities of the Debtors on the basis of the Debtors' non-audited books and tax records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles. In addition, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

   a. **Debtors.** HPA maintains consolidated books and records for the Debtors in these cases. Nevertheless, the Debtors have prepared separate Schedules and Statements in order to comply with the requirements of the Bankruptcy Code. To the extent practicable, the Debtors have attempted to allocate assets, liabilities and transactions to the appropriate Debtor.

   b. **Estimates.** To close the books and records of the Debtors as of the Petition Date, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of their assets, liabilities, revenue and expenses.

   c. **Excluded Assets and Liabilities.** The Debtors have excluded from the Schedules and Statements some accruals and balances that appear in their general ledger for accounting purposes, but may not represent a claim against the estate or an asset that may not have realizable market value (e.g., goodwill). Based upon the entry of an order authorizing HPA to honor the prepetition wages and benefits of its employees, HPA has not listed accrued wages or benefits owing to its employees, as they have been and HPA expects that they will be honored in the ordinary course of business.

2

d. **Insiders.** In question 3c of the Statements for HPA, HPA has listed payments made to officers, directors and certain shareholders of HPA made during the one-year period preceding the Petition Date. HPA also incorporates by reference, in its response to question 3c, transfers made to or on behalf of affiliated hospitals within the two-year period preceding the Petition Date. By listing the transfers to these individuals and entities, the Debtors take no position as to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

e. **Litigation.** The Debtors, despite efforts, may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and Statements (or anything contained therein) shall be deemed a waiver of any such causes of action.

f. **Secured Claims.** Except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. Furthermore, the Debtors have not attempted to estimate the fair market value of the assets pledged to secure any of the obligations listed on Schedule D. Accordingly, deficiency claims of secured creditors were not listed on Schedule F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on Schedule D. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of the other Debtor, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Except as specifically stated in the Schedules, utility companies, lessors and other parties that may hold security deposits have

not been listed on Schedule D. The Debtors have not included on Schedule D entities that may believe their claims are secured through setoff rights, deposit posted by or on behalf of the Debtors, or inchoate statutory lien rights. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

3. **Claims Description.** Schedules D, E, and F permit the Debtors to designate a claim on the Schedules as contingent, unliquidated, or disputed. Any failure to designate a claim on any of the Schedules as contingent, unliquidated, and/or disputed does not constitute an admission by the Debtors that such amount is not contingent, unliquidated, or disputed. The Debtors reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as contingent, unliquidated, or disputed. Listing a claim does not constitute an admission of liability by the Debtors. The Debtors reserves the right to amend these Schedules accordingly.

4. **Executory Contracts and Unexpired Leases.** Certain of the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Nor does the presence or omission of any contract or lease constitute an admission as to the severability or non-severability of any contract or lease. In addition, the omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G with respect to all of the foregoing, as well as any contract or agreement omitted from this Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

# United States Bankruptcy Court

### District Of <u>Delaware</u>

In re <u>Hospital Partners of America, Inc.</u> ,
Debtor

Case No. <u>08-12180 (BLS)</u>

Chapter <u>11</u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 0.00 | | |
| B - Personal Property | | 9 | $ 125,243,806.07 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 3 | | $ 1,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 3 | | $ 10,950.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 18 | | $ 1,362,452.58 | |
| G - Executory Contracts and Unexpired Leases | | 9 | | | |
| H - Codebtors | | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | 49 | $ 125,243,806.07 <br> + undetermined amounts | $ 2,373,402.58 <br> + undetermined amounts | |

In re  **Hospital Partners of America, Inc.**                    ,
              **Debtor**

Case No.  **08-12180 (BLS)**
                    **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Hospital Partners of America, Inc.                    ,          Case No.  08-12180 (BLS)
                          Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 100800 PETTY CASH | | $400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $85,088.54 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re   Hospital Partners of America, Inc.                    ,          Case No.  08-12180 (BLS)
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached rider | | $66,290,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $55,948,866.05 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re  Hospital Partners of America, Inc.                ,
                        **Debtor**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $244,588.57 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re   Hospital Partners of America, Inc.                ,                    Case No. 08-12180 (BLS)
                          Debtor                                                              (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $2,674,862.91 |
| | | | | |

     3   continuation sheets attached   Total ▶     $ 125,243,806.07

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re: Hospital Partners of America, Inc.

Case No. 08-12180 (BLS)

SCHEDULE B -PERSONAL PROPERTY
Rider B.2 - Bank Accounts

| BANK | ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER | BALANCE |
|------|---------|--------------|----------------|---------|
| Wachovia | 301 S. College St., Ste. 4000, Charlotte, NC 28288-0013 | Operating Account | XXXXXXXX3428 | $83,366.82 |
| Wachovia | 301 S. College St., Ste. 4000, Charlotte, NC 28288-0013 | Disbursing Account | XXXXXXXX3431 | $0.00 |
| Wachovia | 301 S. College St., Ste. 4000, Charlotte, NC 28288-0013 | Payroll Account | XXXXXXXX3444 | $0.00 |
| Bank of America | 101 W. Friendly St., Greensboro, NC 27401 | | XXXXXXXX2055 | $1,721.72 |
| | | | Total | $85,088.54 |

### SCHEDULE B - PERSONAL PROPERTY
#### Rider B.13 - Stocks and interests in incorporated businesses

| NAME OF BUSINESS | OWNERSHIP INTEREST | Net Book Value |
|---|---|---|
| Austin Surgical Hospital Holdings, Inc. | 100% | $12,519,000.00 |
| MSH Management, Inc. | 100% | - |
| NDH Holdings, LLC | 100% | - |
| NDH Medical GP, LLC | 100% | - |
| NDHR Management, LLC | 100% | - |
| River Oaks Holdings, Inc. | 100% | - |
| River Oaks Medical Center Management, Inc. | 100% | $6,550,000.00 |
| SJ Medical Center Management, LLC | 100% | $18,920,000.00 |
| SRMC Management, Inc. | 100% | $16,280,000.00 |
| Surgical Hospital of Austin Management, Inc. | 100% | $21,000.00 |
| Trinity MC Management, LLC | 100% | $12,000,000.00 |
| | Total | $66,290,000.00 |

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | AMOUNT |
|---|---|
| 135145- Intercompany Receivable- RHD Memorial Medical Center | $67,548.10 |
| 135150- Intercompany Receivable- Trinity Medical Center | $169,405.40 |
| 135210- Intercompany Receivable- River Oaks Hospital (Pre Bankruptcy) | $32,218,223.86 |
| 135211- Intercompany Receivable- River Oaks Hospital (Post Bankruptcy) | $45,622.71 |
| 135230- Intercompany Receivable- Shasta Regional Medical Center | $17,669,649.84 |
| 135240- Intercompany Receivable- St Joseph Medical Center | $3,711,704.65 |
| 191201- Intercompany Receivable- Austin Surgical Hospital | $385,495.62 |
| | |
| 135250- Debt Guarantee Fees- Austin Surgical Hospital | $275,342.37 |
| 135260- Debt Guarantee Fees- River Oaks Hospital | $550,507.31 |
| 135270- Debt Guarantee Fees- Shasta Regional Medical Center | $638,751.19 |
| 135280- Debt Guarantee Fees- St Joseph Medical Center | $216,615.00 |

Total $55,948,866.05

### SCHEDULE B -PERSONAL PROPERTY
**Rider B.29 - Machinery, fixtures, equipment and supplies used in business**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 170500- Computer Network Equipment | $65,232.37 |
| 170600- Telephone System & Copiers | $266,232.19 |
| 170650- Office Equipment, Furniture & Computers | $764,757.53 |
| 180500- Acc Depreciation- Computer Network Equipment | -$15,656.24 |
| 180600- Acc Depreciation- Telephone Sys & Copiers | -$141,383.65 |
| 180650- Acc Depreciation- Office Equipment, Furn & Computers | -$694,593.63 |
| **Total** | **$244,588.57** |

**SCHEDULE B -PERSONAL PROPERTY**
Rider B.35 - Other personal property of any kind

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 150000- Prepaid Insurance | $8,166.00 |
| 150300- Prepaid Rent | $11,095.00 |
| 150700- Prepaid Professional Fees | $856,060.96 |
| 150800- Prepaid Maintenance Contracts | $5,062.50 |
| 198000- Deposits for Rent & Equipment Financing | $57,080.96 |
| 198110- Monroe Hospital Receivable | $835,000.00 |
| 198199- Reserve for Monroe Hospital Receivable | -$132,750.00 |
| 198200- Investment in Certificates of Deposits (backing for Letters of Credit) | $1,000,000.00 |
| 198900- Organizational Costs- Shasta | $124,050.00 |
| 198911- Accumulated Amortization- Organizational Costs | -$88,902.51 |
| **Total** | **$2,674,862.91** |

In re  Hospital Partners of America, Inc.               ,
                    **Debtor**

Case No.  08-12180 (BLS)
                    **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

B6D (Official Form 6D) (12/07)

In re  Hospital Partners of America, Inc. ,    Case No. 08-12180 (BLS)
_____    _____
                    Debtor                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  See attached rider | | | | | | | $1,000,000 + undetermined amounts | $0 + undetermined amounts |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

 0  continuation sheets attached

Subtotal ▶
(Total of this page)   $ 1,000,000.00   $0.00

Total ▶
(Use only on last page)   $ 1,000,000.00 + undetermined amounts   $0.00 + undetermined amounts

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## Schedule D
### Hospital Partners of America, Inc., Case No. 08-12180 (BLS)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| HPA Loans Holding LLC c/o Tailwind Management LP 485 Lexington Ave., 23 Floor New York, NY 10017 | | | Deleware Secretary of State UCC financing statement # 73051116 dated 8/10/2007. Debt discharged. VALUE $0.00 | X | X | X | $0.00 | $0.00 |
| MPT Development Services, Inc. 1000 Urban Center Drive, Suite 501 Birmingham, AL 35242 | | | Guarantee - Note Payable by Shasta Regional Medical Center LLC ("Shasta Operating"), in an amount up to $3,000,000, secured among other things by a pledge of the Debtor's rights to collect accounts receivable owing to the Debtor by Shasta Operating. VALUE $Undetermined | X | X | X | Undetermined | Undetermined |
| MPT of Shasta, LP 1000 Urban Center Dr, Ste 501 Birmingham, AL 35232 | | | Guarantee - Real Estate Lease with Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $60 million. Guarantee is secured by Debtor's interests in SRMC Management, LLC. VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| MPT of Shasta, LP 1000 Urban Center Dr, Ste 501 Birmingham, AL 35242 | | | Guarantee - Note Payable with Shasta Regional Medical Center, LLC as the Primary Borrower; approximate balance of $600,000. Guarantee is secured by Debtor's interests in SRMC Management, LLC. VALUE $Undetermined | X | X | X | Undetermined | Undetermined |
| MPT of Twelve Oaks, LP 1000 Urban Center Dr, Ste 501 Birmingham, AL 35232 | | | Guarantee - Real Estate Lease with River Oaks Medical Center, L.P. as the Primary Obligor. Approximate balance of $40 million. Guarantee is secured by Debtor's interest in River Oaks Holdings, Inc. and River Oaks Medical Center Management, Inc. VALUE $Undetermined | X | X | | Undetermined | Undetermined |

## Schedule D
### Hospital Partners of America, Inc., Case No. 08-12180 (BLS)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| MPT of Twelve Oaks, LP<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35242 | | | Guarantee - Note Payable with River Oaks Medical Center, L.P. as the Primary Borrower; approximate balance of $400,000. Guarantee is secured by Debtor's interests in River Oaks Holdings, Inc. and River Oaks Medical Center Management, Inc.<br>VALUE $Undetermined | X | X | | | Undetermined |
| New Enterprise Associates 10, Limited Partnership.<br>1119 St. Paul Street<br>Attn: Louis Citron, Esq.<br>Baltimore, MD 21202 | | | Credit Agreement secured by a pledge of Debtor's equity interests in Surgical Hospital of Austin Management, Inc., Austin Surgical Hospital Holdings, Inc. and Trinity MC Management, LLC ("Trinity Management"), as well as Debtor's and Trinity Management's rights in the net cash proceeds realized from the sale of equity interests that were not specifically pledged.<br>VALUE $Undetermined | | | | Undetermined | Undetermined |
| Siemens Financial Services, Inc.<br>170 Wood Avenue S<br>Iselin, NJ 8830 | | | Delaware Secretary of State UCC financing statement # 51541326 dated 5/18/2005. UCC appears to describe non-estate property.<br>VALUE $0.00 | X | X | X | $1,000,000.00 | Undetermined |
| Siemens Financial Services, Inc.<br>170 Wood Avenue S<br>Iselin, NJ 8830 | | | Delaware Secretary of State UCC financing statement # 60477927 dated 2/8/2006. UCC appears to describe non-estate property.<br>VALUE $0.00 | X | X | X | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |

In re  <u>Hospital Partners of America, Inc.</u>        ,                Case No. <u>08-12180 (BLS)</u>
                                   Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re  **Hospital Partners of America, Inc.**                    ,          Case No. **08-12180 (BLS)**
                    Debtor                                                                                    (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    **1**  continuation sheets attached

In re  Hospital Partners of America, Inc.                    ,
                    Debtor

Case No.  08-12180 (BLS)
                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Puckett, Steven R. 8333 Providence Road Charlotte, NC 28277 | | | Wages - Severance | | | | $59,230.70 | $10,950.00 | $48,280.70 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 59,230.70 | $ 10,950.00 | $ 48,280.70 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ 59,230.70 | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ 10,950.00 | $ 48,280.70 |

*Based upon the entry of an order authorizing HPA to honor the prepetition wages and benefits of its employees, HPA has not listed accrued wages or benefits owing to its employees, as they have been and HPA expects that they will be honored in the ordinary course of business.

In re  Hospital Partners of America, Inc.             ,          Case No. 08-12180 (BLS)
                 Debtor                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Amegy f/k/a SWBT<br>Attn Ryan W. Shelton, Assistant Vice President<br>PO Box 27459<br>Houston, TX 77227-7459 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $1,593,523.02 | X | X | | Undetermined |
| ACCOUNT NO.<br>Amegy f/k/a SWBT #2<br>Attn Ryan W. Shelton, Assistant Vice President<br>PO Box 27459<br>Houston, TX 77227-7459 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $303,286.51 | X | X | | Undetermined |
| ACCOUNT NO.<br>AT & T LONG DISTANCE SERVICE<br>PO Box 856178<br>LOUISVILLE, KY 40285-6178 | | | General trade payable | | | | $7,820.19 |

Subtotal ▶    $ 7,820.19

  17  continuation sheets attached

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Hospital Partners of America, Inc.**_____ ,  Case No. **08-12180 (BLS)**_____
_____ Debtor _____  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CD Capital 4404-A Stuart Andrew Blvd. Charlotte, NC 28217 | | | Capital Lease | | | | $18,340.00 |
| ACCOUNT NO. CIT TECHNOLOGY FIN SERV, INC 23896 NETWORK PLACE CHICAGO, IL 60673-1238 | | | Note Payable | | | | $18,209.93 |
| ACCOUNT NO. Cowles, Maria 4918 Mimosa Dr Bellaire, TX 77401 | | | Demand Letter | X | X | X | $0.00 |
| ACCOUNT NO. DeLage Landen Financial Services 1111 Old Eagle School Rd Wayne, PA 19087 | | | Note Payable | | | | $251,457.00 |
| ACCOUNT NO. DIMENSION DATA PO Box 403667 ATLANTA, GA 30384-3667 | | | General trade payable | | | | $16,069.20 |

Sheet no. _1_ of _17_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 304,076.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Hospital Partners of America, Inc.                    ,    Case No.  08-12180 (BLS)
                Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | $0.00 |
| Doman, Patricia<br>Sarnie A. Randle, Jr.<br>Chase Bank Building<br>5177 Richmond Ave., Ste 635<br>Houston, TX 77506 | | | | X | X | X | |
| ACCOUNT NO. | | | General trade payable | | | | $142.03 |
| FED EX<br>PO Box 371461<br>PITTSBURGH, PA 15250-7461 | | | | | | | |
| ACCOUNT NO. | | | Notice Party | | | | $0.00 |
| Fisk Electric Company<br>PO Box 4417<br>Houston, TX 77210 | | | | X | X | X | |
| ACCOUNT NO. | | | Guarantee - Revolver payable by Surgical Hospital of Austin, L.P. as the Primary Obligor; approximate balance of $1,299,064.37 | | | | Undetermined |
| GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial Services, Inc.<br>Attn Joseph Prandoni, Senior Vice President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 | | | | X | X | | |

Sheet no.  2  of  17  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 142.03

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Hospital Partners of America, Inc.  ,          Case No.  08-12180 (BLS)
                 Debtor                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Guarantee - Revolver payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $14,317,242.81 | | | | Undetermined |
| GE Business Financial Services, Inc. fka Merrill Lynch Business Financial Services, Inc. Attn Joseph Prandoni, Senior Vice President 2 Bethesda Metro Center Bethesda, MD 20814 | | | | X | X | | |
| ACCOUNT NO. | | | Guarantee - Revolver payable by Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $12,085,290.73 | | | | Undetermined |
| GE Business Financial Services, Inc. fka Merrill Lynch Business Financial Services, Inc. Attn Joseph Prandoni, Senior Vice President 2 Bethesda Metro Center Bethesda, MD 20814 | | | | X | X | | |
| ACCOUNT NO. | | | Guarantee - Note Payable to be paid by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $73,866,667.00 | | | | Undetermined |
| GE Business Financial Services, Inc. fka Merrill Lynch Business Financial Services, Inc. Attn Joseph Prandoni, Senior Vice President 2 Bethesda Metro Center Bethesda, MD 20814 | | | | X | X | | |

Sheet no. _3_ of _17_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Hospital Partners of America, Inc.                ,      Case No.   08-12180 (BLS)
                          Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE Business Financial Services, Inc. fka Merrill Lynch Business Financial Services, Inc.<br>Attn Joseph Prandoni, Senior Vice President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 | | | Guarantee - Revolver payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $19,670,399.52 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>GE Business Financial Services, Inc. fka Merrill Lynch Business Financial Services, Inc.<br>Attn Joseph Prandoni, Senior Vice President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 | | | Guarantee - Revolver payable by Trinity MC, LLC as the Primary Obligor; approximate balance of $0.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>GE Fetal Monitors<br>Attn Joseph Prandoni, Senior Vice President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $139,587.32 | X | X | | Undetermined |

Sheet no.  4  of  17  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►   $ 0.00

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE QS System<br>Attn Joseph Prandoni, Senior Vice President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $119,274.42 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>General Electric Capital Corporation<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $1,585,140.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>General Electric Capital Corporation<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 | | | Guarantee - Capital Lease payable by Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $570,234.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>General Electric Capital Corporation<br>PO Box 414, W-490<br>Milwaukee, WI 53201 | | | Guarantee - Capital Lease payable by Surgical Hospital of Austin, L.P. as the Primary Obligor; approximate balance of $2,310,896.00 | X | X | | Undetermined |

Sheet no. _5_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) — Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> General Electric Capital Corporation <br> PO Box 414 <br> W-490 <br> Milwaukee, WI 53201 | | | Notice Party | X | X | X | $0 |
| ACCOUNT NO. <br> General Electric Capital Corporation <br> PO Box 414 <br> W-490 <br> Milwaukee, WI 53201 | | | Notice Party | X | X | X | $0 |
| ACCOUNT NO. <br> Gowan, Inc. <br> Mech & Sheet Metal Contractors <br> 5550 Airline <br> Houston, TX 77076 | | | Notice Party | X | X | X | $0.00 |
| ACCOUNT NO. <br> Great America Leasing Corporation <br> PO Box 609 <br> Cedar Rapids, IA 52406-0609 | | | Capital Lease | | | | $8.00 |
| ACCOUNT NO. <br> Great America Leasing Corporation <br> PO Box 609 <br> Cedar Rapids, IA 52406-0609 | | | Capital Lease | | | | $297.00 |

Sheet no. _6_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 305.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Hospital Partners of America, Inc.** ,  Case No. **08-12180 (BLS)**
_____Debtor_____  _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Harton, Connie (Individually and as heir of Benjamin Harton) c/o Ron S. Rainey, PC 5111 Center St. Houston, TX 77007 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO. <br><br>HCSG Cardiovascular Resources, Inc. c/o Faubus, Taft, Scarborough, LLP, Tony R. Taft 1010 Lamar, Ste 1020 Houston, TX 77002 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO. <br><br>HERRING DESIGN 1216 HAWTHORNE HOUSTON, TX 77006 | | | General trade payable | | | | $6,791.72 |
| ACCOUNT NO. <br><br>Herring Design, Inc. 1216 Hawthorne Houston, TX 77006 | | | Litigation | X | X | X | $0.00 |

Sheet no. _7_ of _17_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,791.72

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Hospital Partners of America, Inc.            ,            Case No.   08-12180 (BLS)
                        Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hitachi Capital America Corp a/k/a SMT Leasing #1 6115 POLO CLUB DR. Cumming, GA 30040 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $481,428.62 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Hitachi Capital America Corp a/k/a SMT Leasing #2 6115 POLO CLUB DR. Cumming, GA 30040 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $234,360.24 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Hitachi Capital America Corp a/k/a SMT Leasing #3 6115 POLO CLUB DR. Cumming, GA 30040 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $128,680.10 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Hitachi Capital America Corp a/k/a SMT Leasing #4 6115 POLO CLUB DR. Cumming, GA 30040 | | | Guarantee - Note Payable to be paid by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $90,279.34 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Hitachi Capital America Corp. 800 Connecticut Ave. Norwalk, CT 06854 | | | Litigation | X | X | X | $0.00 |

Sheet no.  8  of  17  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Howard, Andre <br> PO Box 36881 <br> Houston, TX 77236 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO. <br><br> IBM Credit <br> 800 North Frederick Avenue <br> Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - GE CT Scan - payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $979,424.00 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> IBM Credit <br> 800 North Frederick Avenue <br> Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - Brainlab - payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $239,108.00 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> IBM Credit <br> 800 North Frederick Avenue <br> Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - Ultrasound - payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $386,808.00 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> IBM Credit <br> 800 North Frederick Avenue <br> Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - Alpha Server - payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $344,167.00 | X | X | | Undetermined |

Sheet no.  9  of  17  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re Hospital Partners of America, Inc.                    ,  Case No.  08-12180 (BLS)
                    Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IBM Credit<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - Cisco Integrated Services - payable by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $146,239.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>IBM Credit, LC<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 | | | Guarantee - Capital Lease - Equipment - payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $397,140.40 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Johnson, Charles W.<br>7429 Morrocroft Farm Lane<br>Charlotte, NC 28211 | | | Note Payable | | | | $450,000.00 |
| ACCOUNT NO.<br><br>KRONOS<br>PO Box 845748<br>BOSTON, MA 02284-5748 | | | General trade payable | | | | $1,200.00 |
| ACCOUNT NO.<br><br>Linn, Terry H., IRA<br>7119 Topsail Circle<br>Tega Cay, SC 29708 | | | Note Payable | | | | $200,000.00 |

Sheet no.  10  of  17  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 651,200.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Hospital Partners of America, Inc.** ,        Case No. **08-12180 (BLS)**
_____            _____
             Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marcap<br>Attn Michael Parafink, Vice President, Chief Credit Officer<br>200 West Jackson, Suite 2000<br>Chicago, IL 60606 | | | Guarantee - Capital Lease payable by Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $537,239.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MARSH USA INC.<br>PO Box 100536<br>ATLANTA, GA 30384-0536 | | | General trade payable | | | | $19,496.00 |
| ACCOUNT NO.<br><br>MedeFinance<br>5858 Horton St, Ste 475<br>Emeryville, CA 94608 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO.<br><br>Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 | | | Guarantee - Real Estate Lease payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $1,912,000.00 | X | X | | Undetermined |

Sheet no. _11_ of _17_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 19,496.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Hospital Partners of America, Inc.        ,        Case No.  08-12180 (BLS)
                                Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 | | | Guarantee - Real Estate Lease payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $739,000.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 | | | Guarantee - Real Estate Lease payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $336,000.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Medistar Corporation, Medistar River Oaks Medical Center, Ltd., and Medistar Dairy Ashford Professional Building, LLC<br>7670 Woodway, Ste 160<br>Houston, TX 77057 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO.<br><br>Medistar Dairy Ashford Professional Building, LLC<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 | | | Guarantee - Real Estate Lease payable by River Oaks Medical Center, L.P. as the Primary Obligor; approximate balance of $2,412,000.00 | X | X | | Undetermined |

Sheet no.  12  of  17  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Hospital Partners of America, Inc.               ,          Case No.   08-12180 (BLS)
                     Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Metrocrest Hospital Authority<br>One Medical Pkwy, Ste 202<br>Farmers Branch, TX 75234 | | | Guarantee - Real Estate Lease payable by Trinity MC, LLC as the Primary Obligor; approximate balance of $0.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Microsoft<br>c/o DeLage Landen Financial Services<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | | | Note Payable | | | | $15,879.00 |
| ACCOUNT NO.<br><br>MPT of Twelve Oaks, LP<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35242 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO.<br><br>On Assignment<br>26651 W Agoura Rd<br>Calabasas, CA 91302 | | | Litigation | X | X | X | $0.00 |

Sheet no.  13  of  17  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 15,879.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Hospital Partners of America, Inc.** ,  Case No. **08-12180 (BLS)**
_____Debtor_____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Oscar J. Barahona, Sr., and Maria C. Medina, Individually and as Next of Friends of Oscar J. Barahona, Jr., a Minor <br> c/o Mithoff Law Firm, Attn Richard W Mithoff <br> Penthouse, One Allen Center <br> 500 Dallas, Ste 3450 <br> Houston, TX 77002 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO. <br><br> Redding Medical Center, Inc. <br> 13737 Noel Rd <br> Dallas, TX 75240 | | | Guarantee - Note Payable to be paid by Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $4,250,000.00 | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Siemens Financial Services, Inc. <br> 170 Wood Avenue South <br> Iselin, NJ 08830 | | | Demand for payment | X | X | X | $0.00 |
| ACCOUNT NO. <br><br> Siemens Financial Services, Inc. <br> 170 Wood Ave S <br> Iselin, NJ 08830 | | | Note Payable | | | | $257,137.00 |

Sheet no. __14_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 257,137.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Hospital Partners of America, Inc.</u> ,
               Debtor

Case No. <u>08-12180 (BLS)</u>
               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Silver Point Finance, LLC<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | | | Guarantee - Note Payable to be paid by SJ Medical Center, LLC d/b/a St. Joseph Medical Center as the Primary Obligor; approximate balance of $35,000,000.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>STAPLES, INC<br>PO Box 530621, DEPT ATL<br>ATLANTA, GA 30353-0621 | | | General trade payable | | | | $1,713.68 |
| ACCOUNT NO.<br><br>SWBT (Amegy)<br>Attn Ryan W. Shelton, Assistant Vice President<br>PO Box 27459<br>Houston, TX 77227-7459 | | | Guarantee - Note Payable to be paid by Shasta Regional Medical Center, LLC as the Primary Obligor; approximate balance of $5,523,914.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Thomas, Amanda S. | | | Litigation | X | X | X | $0.00 |

Sheet no. <u>15</u> of <u>17</u> continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,713.68

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re  Hospital Partners of America, Inc.                        ,     Case No.   08-12180 (BLS)
                    Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TK1 Axiom<br>16219 Flintrock Rd.<br>Austin, TX 78738 | | | Guarantee - Capital Lease payable by Surgical Hospital of Austin, L.P. as the Primary Obligor; approximate balance of $2,532,830.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>TK1 Rollingwood<br>16219 Flintrock Rd.<br>Austin, TX 78738 | | | Guarantee - Capital Lease payable by Surgical Hospital of Austin, L.P. as the Primary Obligor; approximate balance of $4,145,236.00 | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Valerie Roberts Indiv. and as Administratrix of Estate of Sarita Kaye Johnson, and Jarvis Roberts<br>c/o The Talaska Law Firm, PLLC<br>Attn Robert J. Talaska<br>1415 N Loop W, Ste 200<br>Houston, TX 77008 | | | Litigation | X | X | X | $0.00 |
| ACCOUNT NO.<br><br>VINSON & ELKINS LLP<br>PO Box 200113<br>HOUSTON, TX 77216-0113 | | | General trade payable | | | | $11,617.39 |

Sheet no.  16  of  17  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 11,617.39

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Hospital Partners of America, Inc._____,     Case No.   08-12180 (BLS)
                          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WINSTON & STRAWN LLP<br>1700 K STREET NW<br>WASHINGTON, DC 20006-3817 | | | General trade payable | | | | $86,258.57 |
| ACCOUNT NO.<br><br>WORLDWIDE EXPRESS (DHL)<br>PO Box 27400<br>HOUSTON, TX 77227 | | | General trade payable | | | | $15.87 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.  17  of  17  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 86,274.44

Total ▶ | $ 1,362,452.58
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Hospital Partners of America, Inc.            ,          Case No.   08-12180 (BLS)
                         **Debtor**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 3M Health Information Systems<br>575 W Murray Blvd<br>Murray, UT 84123-4611 | Vendor Contract<br>Corporate Software Discount Agreement dated August 13, 2006 |
| Accuro Healthcare Solutions<br>14241 N Dallas Pkwy, Ste 800<br>Dallas, TX 75254 | Service Agreement<br>IMACS Master Service Agreement dated May 5, 2004 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068 | License and Service Agreement<br>Benefits Expert License and Service Agreement dated October 15, 2003 |
| ADP, Inc.<br>5800 Windward Pkwy<br>Alpharetta, GA 30005 | Service Agreement<br>National Account Services Master Services Agreement and associated amendments |
| AllHealthLogic, LLC<br>Attn President<br>515 S Figueroa St, Ste 1300<br>Los Angeles, CA 90071-3322 | Service Agreement<br>Master Services Agreement dated July 1, 2004 |
| AT&T<br>PO Box 13148<br>Newark, NJ 07101 | Service Agreement<br>AT&T Business Services - Main Data Lines |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348 | Service Agreement<br>AT&T Voice Service Agreement |

In re  __Hospital Partners of America, Inc._____ ,                    Case No.  __08-12180 (BLS)____
                        **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AT&T Long Distance<br>PO Box 856178<br>Louisville, KY 40285 | Service Agreement<br>AT&T Long Distance - Backup Data Circuits |
| CD Capital<br>4404-A Stuart Andrew Blvd<br>Charlotte, NC 28217 | Capital Lease<br>Copier Lease |
| Coliseum Transfer, Inc.<br>c/o JP Morgan Investment Management Inc.<br>522 Fifth Avenue, 9th Floor<br>New York, NY 10036 | Lease Agreement<br>Non-Residential Real Property Lease - Lease Agreement dated October 12, 2005; First Amendment to Lease Agreement dated 8/30/2006; Second Amendment to Lease Agreement dated September 27, 2007; Third Amendment to Lease Agreeme |
| Cranford, Alan N.<br>6241 Glynmoor Lakes Drive<br>Charlotte, NC 28277 | Employment Agreement<br>Employment Agreement as of May 1, 2007 |
| DCS Global Systems, Inc.<br>1255 W 15th St, Ste 620<br>Plano, TX 75075 | Vendor Contract<br>Auditlogix Subscription Agreement effective August 23, 2007 |
| De Lage Landen Financial Services, Inc.<br>111 Old Eagle School Rd<br>Wayne, PA 19087 | License and Service Agreement<br>Benefits Expert License and Service Agreement dated October 15, 2003 |
| Dimension Data<br>PO Box 403667<br>Atlanta, GA 30384 | Service Agreement<br>Master Services Agreement dated October 13, 2005 |
| Dimension Data<br>801 Corporate Center Dr, Ste 128<br>Raleigh, NC 27607 | Service Agreement<br>Dimension Data Uptime - 1 Year Maintenance for Infrastructure Equipment |

In re   Hospital Partners of America, Inc.                      ,          Case No.   08-12180 (BLS)
                        Debtor                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| eHealth<br>3102 West End Ave, Ste 400<br>Nashville, TN 37203 | Service Agreement<br>Application Services Provider Agreement |
| Fidelity Management Trust Company<br>82 Devonshire St<br>Boston, MA 02109 | Service Agreement<br>Hospital Partners of America Retirement Savings Plan |
| Financial Corporation of America<br>Attn David F. Pickett, President and CEO<br>12515 Research Blvd, Bldg 2, Ste 100<br>Austin, TX 78759 | Service Agreement<br>Debt Collection Services |
| FirstChoice | Service Agreement |
| GHX - Global Health Exchange<br>11000 Westmoor Circle, Ste 400<br>Westminster, CA 80021 | Service Agreement |
| Global Compliance Services, Inc.<br>13950 Ballantyne Corporate Place<br>Charlotte, NC 28277-2712 | Service Agreement<br>Ethics and Compliance Service Agreement |
| Great America Leasing Corporation<br>PO Box 609<br>Cedar Rapids, IA 52401 | Capital Lease<br>Office Furniture Leases |
| Great West Life & Annuity Insurance Company<br>8515 E Orchard Road<br>Greenwood Village, CO 80111 | Service Agreement<br>Healthcare Service Agreements |

In re   <u>Hospital Partners of America, Inc.</u>    ,
             Debtor

Case No.  <u>08-12180 (BLS)</u>
             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Health Information Associates, Inc. Attn Joel Shealy, COO PO Box 3787 Pawleys Island, SC 29585 | Service Agreement Professional Services Agreement (Compliance Audit) dated February 1, 2007 |
| HealthLogic Systems Corporation 1620 Green Rd Buford, GA 30518 | Service Agreement Master Services Agreement dated June 9, 2004 |
| HIS Strategies, Inc. 1617 Indian Creek Circle, Ste 110 Franklin, TN 37064 | Service Agreement Testing Agreement dated October 18, 2007 |
| HSTM - HealthStream, Inc. 209 10th Ave S, Ste 450 Nashville, TN 37203 | License and Service Agreement Satisfaction Surveys - License and Service Agreement dated June 30, 2006 |
| Hyperion 900 Long Ridge Rd Stamford, CT 06902-1135 | License and Service Agreement Software License and Service Agreement - Financial Processing and Decision Support |
| IMPAC Medical Systems, Inc. Attn Legal Affairs 100 W Evelyn Ave Mountain View, CA 94041 | License Agreement Powerpath Software, Services and Equipment - License Agreement dated May 7, 2004 |
| InterCerve, Inc. 16415-D Northcross Dr Huntersville, NC 28078 | Service Agreement Web Hosting Provider Agreement dated May 21, 2004 |
| InterCerve, Inc. 16415-D Northcross Dr Huntersville, NC 28078 | Service Agreement Web Hosting Provider Agreement dated November 17, 2003 |

In re  <u>Hospital Partners of America, Inc.</u> ,
          Debtor

Case No. <u>08-12180 (BLS)</u>
              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| InterCerve, Inc.<br>16415-D Northcross Dr<br>Huntersville, NC 28078 | Service Agreement<br>Web Hosting Provider Agreement entered into July 9, 2003 |
| Kforce, Inc.<br>Attn Contracts Management<br>1001 E Palm Ave<br>Tampa, FL 33605 | Service Agreement<br>Client Services Agreement dated October 5, 2006 |
| Kronos Incorporated<br>297 Billerica Rd<br>Chelmsford, MA 01824 | License and Service Agreement<br>Software License and Service Agreement |
| Kronos Incorporated<br>297 Billerica Rd<br>Chelmsford, MA 01824 | License and Service Agreement<br>Software - Time and Attendance Tracking - Software License and Service Agreement |
| Lanier Healthcare, LLC<br>5430 Metric Place, Ste 200<br>Norcross, GA 30092 | Service Agreement<br>Sales and Support Agreement dated June 13, 2003 |
| Linn, Terry H.<br>7119 Topsail Circle<br>Fort Mill, SC 29708 | Employment Agreement<br>Amended and Restated Employment Agreement dated November 14, 2002 |
| Luciano, Peter<br>720 Mossy Ledge Lane<br>Simpsonville, SC 29681 | Employment Agreement<br>Employment Agreement dated January 9, 2006; First Amendment to Employment Agreement dated May 21, 2007 |
| Marsh USA, Inc.<br>1801 W End Ave, Ste 1500<br>Nashville, TN 37203 | Service Agreement<br>Client Service Agreement effective August 19, 2007 |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MedAssets Net Revenue Systems<br>3715 Northside Pkwy, Bldg 200, Ste 500<br>Atlanta, GA 30327 | Service Agreement<br>Subscription Agreement - IT Subscription Services - dated July 26, 2005 |
| MedeFinance, Inc.<br>5858 Horton St, Ste 170<br>Emeryville, CA 94608 | Service Agreement<br>Master Agreement - AR Services - dated March 29, 2005 |
| Medical Data Exchange<br>One World Trade Center, Ste 2400<br>Long Beach, CA 90831 | Service Agreement<br>Custom System Agreement - Claims Processing - dated June 4, 2004 |
| Microsoft Licensing GP<br>c/o Bank of America<br>1401 Elm St, 5th Floor, Dept 842467<br>Dallas, TX 75202 | Vendor Contract<br>Microsoft Enterprise Enrollment v6.4 (direct) dated October 19, 2006 |
| MPA Consulting, Inc.<br>Attn Monica Pappas, President<br>383 Park Ave<br>Long Beach, CA 90814 | Service Agreement<br>Master Consulting Agreement dated April 1, 2006 |
| Murgo, Joe<br>6326 Seton House Lane<br>Charlotte, NC 28277 | Employment Agreement<br>Employment Agreement as of October 1, 2003; First Amendment effective as of January 1, 2005; Second Amendment dated August 31, 2005; Third Amendment dated May 21, 2007; |
| Nursing Spectrum/Nurse Week<br>1 Presidential Blvd, Ste 412<br>Bala Cynwyd, PA 19004 | Service Agreement<br>Nursing Spectrum/Nurse Week CE Direct Service Agreement dated October 11, 2006 |
| On Assignment Health Information Management<br>Attn Contracts Administration<br>8150 Corporate Park Dr, Ste 300<br>Cincinnati, OH 45242 | Service Agreement<br>Staffing Agreement dated May 10, 2006 |

In re   Hospital Partners of America, Inc.                    ,          Case No.   08-12180 (BLS)
              **Debtor**                                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PDS<br>Blue Bell Executive Campus<br>470 Norristown Road, Suite 202<br>Blue Bell, PA 19422-2321 | License Agreement<br>Application Hosting License |
| Perot Systems Corporation and Affiliates<br>Attn General Counsel<br>2300 W Plano Pkwy<br>Plano, TX 75075 | Service and Other Agreements<br>Master Service Agreement dated as of June 28, 2005 (as it may have been amended from time to time) and separate task order contracts (as they may have been amended from time to time). |
| Philips Healthcare Informatics, Inc.<br>4100 E Third Ave, Ste 101<br>Foster City, CA 94404 | Service Agreement<br>Stentor Master Agreement - PACS Applications |
| Precyse Solutions, LLC<br>Attn VP and Controller<br>1275 Drummers Lane, Ste 200<br>Wayne, PA 19087 | Service Agreement<br>Health Information Management Services Agreement dated August 7, 2008 |
| ProClaim Medical Recovery, Inc.<br>Attn Kevin Leonard<br>2433 Arty Ave<br>Charlotte, NC 28208 | Service Agreement<br>Claims Audit Services Agreement dated March 27, 2008 |
| Puckett, Steven R.<br>8333 Providence Road<br>Charlotte, NC 28277 | Employment Agreement<br>Separation Agreement and Release dated April 10, 2008 between Stephen R. Puckett and Hospital Partners of America, Inc. |
| Shea, W. Christopher<br>11208 Colonial Country Lane<br>Charlotte, NC 28277 | Employment Agreement<br>Employment Agreement dated January 9, 2006; First Amendment to Employment Agreement dated May 21, 2007 |
| Sprint<br>PO Box 8077<br>London, KY 40742 | Service Agreement<br>Cellular Phone Services Agreement |

In re  <u>Hospital Partners of America, Inc.</u>                ,
       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Swearingen Software, Inc. 6950 Empire Central Dr Houston, TX 77040 | License and Service Agreement License and Support Agreement dated March 19, 2007 |
| The CSC Group 6802 W Snowville Rd Brecksville, OH 44141 | License and Service Agreement Computer Software License and Information System Services Agreement dated June 29, 2007 |
| The SSI Group, Inc. 4721 Morrison Dr Mobile, AL 36609 | License Agreement Master Software System License Agreement, Hosting and Hub Management Agreement dated April 9, 2003 |
| Time Warner Telecom PO Box 172567 Denver, CO 80217-2567 | Service Agreement Internet Access Service Agreement |
| TractManager, Inc. The Tallan Bldg, Two Union Square, Ste 304 Chattanooga, TN 37402 | Service Agreement Contract Management Services Agreement - Legal Document Management Services - dated December 11, 2007 |
| Trans Union, LLC 555 W Adams Chicago, IL 60661 | Service Agreement Master Agreement for Consumer Reporting and Ancillary Services |
| Unum Life Insurance Company of America 2211 Congress Street Portland, ME 04122 | Service Agreement Life Insurance Agreement |
| Verizon Wireless PO Box 660108 Dallas, TX 75266 | Service Agreement Cellular Phone Services Agreement |

In re   Hospital Partners of America, Inc.                    ,
                        **Debtor**

Case No.   08-12180 (BLS)
                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Vision Service Plan Insurance Company<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | Service Agreement<br>Vision Healthcare Service Agreement |
| Wyndgate Technologies<br>4925 Robert J. Matthews Pkwy, Ste 100<br>El Dorado Hills, CA 95762 | License and Service Agreement<br>Enterprise Agreement License, Maintenance and Support, and Professional Services Terms and Conditions Agreement dated May 7, 2004 |
| | |
| | |
| | |
| | |
| | |
| | |

In re   Hospital Partners of America, Inc.                    ,          Case No.   08-12180 (BLS)
                        **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See attached rider | |

Schedule H
Codebtors

| CODEBTOR | CREDITOR |
|---|---|
| Austin Surgical Hospital Holdings, Inc.<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | GE Business Financial Services, Inc.<br>(fka Merrill Lynch Business Financial<br>Services, Inc.)<br>2 Bethesda Metro Center, Ste 600<br>Bethesda, MD 20814 |
| Austin Surgical Hospital Holdings, Inc.<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | General Electric Capital Corporation<br>2 Bethesda Metro Center, Ste 600<br>Bethesda, MD 20814 |
| SRMC Management, Inc.<br>2815 Coliseum Centre Drive<br>Suite 150<br>Charlotte, NC 28247 | MPT of Twelve Oaks, L.P.<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35232 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | MPT of Twelve Oaks, L.P.<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35232 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Amegy f/k/a SWBT<br>Attn Ryan W. Shelton, Assistant Vice<br>President<br>PO Box 27459<br>Houston, TX 77227-7459 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Amegy f/k/a SWBT #2<br>Attn Ryan W. Shelton, Assistant Vice<br>President<br>PO Box 27459<br>Houston, TX 77227-7459 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | General Electric Capital Corporation<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial<br>Services, Inc.<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | GE Fetal Monitors<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | GE QS System<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | IBM Credit, LC<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Hitachi Capital America Corp a/k/a<br>SMT Leasing #1<br>6115 POLO CLUB DR.<br>Cumming, GA 30040 |

## Schedule H
## Codebtors

| CODEBTOR | CREDITOR |
|---|---|
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Hitachi Capital America Corp a/k/a<br>SMT Leasing #2<br>6115 POLO CLUB DR.<br>Cumming, GA 30040 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Hitachi Capital America Corp a/k/a<br>SMT Leasing #3<br>6115 POLO CLUB DR.<br>Cumming, GA 30040 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Hitachi Capital America Corp a/k/a<br>SMT Leasing #4<br>6115 POLO CLUB DR.<br>Cumming, GA 30040 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Medistar Dairy Ashford Professional<br>Building, LLC<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 |
| River Oaks Medical Center, L.P.<br>4200 Twelve Oaks Drive<br>Houston, TX 77027 | Medistar Corporation<br>7670 Woodway Drive, Ste 160<br>Houston, TX 77063 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | MPT of Shasta, LP<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35232 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | General Electric Capital Corporation<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | Marcap<br>Attn Michael Parafink, Vice President,<br>Chief Credit Officer<br>200 West Jackson, Suite 2000<br>Chicago, IL 60606 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | Redding Medical Center, Inc.<br>13737 Noel Rd<br>Dallas, TX 75240 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial<br>Services, Inc.<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| Shasta Regional Medical Center, LLC<br>1100 Butte St<br>Redding, CA 96001 | SWBT (Amegy)<br>Attn Ryan W. Shelton, Assistant Vice<br>President<br>PO Box 27459<br>Houston, TX 77227-7459 |

**Schedule H**
**Codebtors**

| CODEBTOR | CREDITOR |
|---|---|
| SJ Medical Center Management, LLC<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | GE Business Financial Services, Inc.<br>(fka Merrill Lynch Business Financial<br>Services, Inc.)<br>2 Bethesda Metro Center, Ste 600<br>Bethesda, MD 20814 |
| SJ Medical Center Management, LLC<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | Silver Point Finance, LLC<br>Two Greenwich Plaza<br>Greenwich, CT 06830 |
| SJ Medical Center, LLC dba St. Joseph Medical<br>Center<br>1401 St. Joseph Pkwy<br>Houston, TX 77002 | GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial<br>Services, Inc.<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| SJ Medical Center, LLC dba St. Joseph Medical<br>Center<br>1401 St. Joseph Pkwy<br>Houston, TX 77002 | Silver Point Finance, LLC<br>Two Greenwich Plaza<br>Greenwich, CT 06830 |
| SJ Medical Center, LLC dba St. Joseph Medical<br>Center<br>1401 St. Joseph Pkwy<br>Houston, TX 77002 | IBM Credit<br>800 North Frederick Avenue<br>Gaithersburg, MD 20879 |
| SRMC Management, Inc.<br>2815 Coliseum Centre Drive<br>Suite 150<br>Charlotte, NC 28247 | General Electric Capital Corporation<br>2 Bethesda Metro Center, Suite 600<br>Bethesda, MD 20814 |
| SRMC Management, Inc.<br>2815 Coliseum Centre Drive<br>Suite 150<br>Charlotte, NC 28247 | MPT of Shasta, L.P.<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35232 |
| Surgical Hospital of Austin Management, Inc.<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | GE Business Financial Services, Inc.<br>(fka Merrill Lynch Business Financial<br>Services, Inc.)<br>2 Bethesda Metro Center, Ste 600 |
| Surgical Hospital of Austin Management, Inc.<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | General Electric Capital Corporation<br>2 Bethesda Metro Center, Ste 600<br>Bethesda, MD 20814 |
| Surgical Hospital of Austin, L.P.<br>3003 Bee Caves Rd<br>Austin, TX 78746 | GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial<br>Services, Inc.<br>Attn Joseph Prandoni, Senior Vice<br>President |
| Surgical Hospital of Austin, L.P.<br>3003 Bee Caves Rd<br>Austin, TX 78746 | TK1 Rollingwood<br>16219 Flintrock Rd.<br>Austin, TX 78738 |
| Surgical Hospital of Austin, L.P.<br>3003 Bee Caves Rd<br>Austin, TX 78746 | TK1 Axiom<br>16219 Flintrock Rd.<br>Austin, TX 78738 |
| Surgical Hospital of Austin, L.P.<br>3003 Bee Caves Rd<br>Austin, TX 78746 | General Electric Capital Corporation<br>PO Box 414, W-490<br>Milwaukee, WI 53201 |

**Schedule H**
**Codebtors**

| CODEBTOR | CREDITOR |
|---|---|
| Trinity MC, LLC<br>4343 N Josey Ln<br>Carrollton, TX 75010 | Metrocrest Hospital Authority<br>One Medical Pkwy, Ste 202<br>Farmers Branch, TX 75234 |
| Trinity MC, LLC<br>4343 N Josey Ln<br>Carrollton, TX 75010 | GE Business Financial Services, Inc.<br>fka Merrill Lynch Business Financial<br>Services, Inc.<br>Attn Joseph Prandoni, Senior Vice<br>President<br>2 Bethesda Metro Center<br>Bethesda, MD 20814 |
| Trinity MC Management, LLC<br>2815 Coliseum Centre Drive, Ste 150<br>Charlotte, NC 28247 | New Enterprise Associates 10, Limited<br>Partnership.<br>1119 St. Paul Street<br>Attn: Louis Citron, Esq.<br>Baltimore, MD  21202 |

In re Hospital Partners of America, Inc. ,       Case No. 08-12180 (BLS)
_____                  _____
                Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                          Debtor

Date _____        Signature: _____
                                                    (Joint Debtor, if any)

                                     [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;*
*18 U.S.C. § 156.*
------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

            Senior VP, Chief Legal Officer
   I, the ___ & Assistant Secretary ___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Hospital Partners of America, Inc.  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  55  sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/24/2008                     Signature:  W. CC Sh___

                                     W. Christopher Shea, Senior VP, Chief Legal Officer & Assistant Secretary
                                     _____
                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.