# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HOSPITAL PARTNERS OF AMERICA, INC., et al.,[1] | Case No. 08-12180 (BLS) (Jointly Administered) |
| Debtors. | Related D.I. 479 |
| | Hearing Date: September 23, 2009 @ 9:30 am |
| | Objection Deadline: August 28, 2009 @ 4:00 pm |

## ORDER AUTHORIZING SALE OF THE DEBTORS' INTEREST IN CERTAIN ASSETS TO ST. JOSEPH MEDICAL CENTER, LLC (D/B/A ST. JOSEPH MEDICAL CENTER) FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363

This matter came before the Court on the motion of Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the jointly administered estates of Hospital Partners of America, Inc., *et al.* (the "Debtors"), for entry of an order authorizing the Trustee to sell certain assets of the Debtors to St. Joseph Medical Center, LLC (d/b/a St. Joseph Medical Center) (the "Buyer") free and clear of liens, claims, interests and encumbrances pursuant to 11 U.S.C. §§ 105 and 363 (the "Motion"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 2002 and 9019 and the Court's March 10, 2008 Order Establishing Notice and Service Procedures [D.I. 359]; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of counsel appearing regarding the relief requested in the Motion at a hearing before the Court, if any; and the Court having determined that the legal and

---

[1] The Debtors comprise the following entities: Hospital Partners of America, Inc., a Delaware corporation (Fed. EIN 56-2301189), SJ Medical Center Management, LLC, a Texas limited liability company (Fed. EIN 20-4835598), Surgical Hospital of Austin Management, Inc., a Delaware corporation (Fed. EIN 01-0719812), Austin Surgical Hospital Holdings, Inc., a Delaware corporation (Fed. EIN 01-0719774), and Trinity MC Management, LLC, a Texas limited liability company (Fed. EIN 20-8889391).

PH2 936948v1 07/06/09

factual bases set forth in the Motion and at any hearing establish just cause for the relief granted herein:

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED.

2. The Trustee be and is hereby authorized, pursuant to 11 U.S.C. § 363(b), (f) and (m) of title 11 of the United States Code (the "Bankruptcy Code"), to sell the Debtors' interest in certain assets consisting of ten (10) computer servers located at Perot Systems Corporation (the "Assets") for a purchase price of $25,000.00 (the "Purchase Price") to the Buyer, free and clear of liens, claims, interests and encumbrances on an "as is, where is" basis, with all claims, liens, interests and encumbrances thereon to attach to the proceeds of the sale in their priority under law. A list of the Assets is attached hereto and made a part hereof as **Exhibit A**.

3. The Trustee be and is hereby authorized to take such action and execute any documents that may be necessary to effectuate the sale of the Assets.

4. This Order and sale shall be binding upon, and shall inure to the benefit of the Trustee and the Buyer, and their respective successors and assigns.

5. To the extent permitted by applicable law, this Court shall retain jurisdiction to enforce the provisions of this Order.

6. The Buyer shall be entitled to the protection of Section 363(m) of the Bankruptcy Code if this Order or any authorization contained herein is reversed or modified on appeal. The purchase by the Buyer is a purchase in good faith for fair value within the meaning of Section 363(m) of the Bankruptcy Code.

7. The sale approved by this Order is not subject to avoidance pursuant to Section 363(n) of the Bankruptcy Code.

PH2 936948v1 07/06/09

8. For good cause, the Court hereby waives the ten-day stay provided for in Federal Rule of Bankruptcy Procedure 6004(h), and this Order shall be effective immediately upon entry.

Dated: September 22, 2009

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

PH2 936948v1 07/06/09