## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HOSPITAL PARTNERS OF AMERICA, INC., *et al.*,[1] | : | Case No. 08-12180 (BLS) |
| | : | (Substantively Consolidated) |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 19, 2018 AT 9:00 A.M.

### FINAL FEE APPLICATIONS

1.  Supplemental Application for Compensation to Final Fee Application for Moore & Van Allen PLLC  [Docket No. 922; Filed on April 6, 2015]

    Response Deadline:    December 10, 2018 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.    Notice of Trustee's Final Report and Applications for Compensation [Docket No. 957; Filed on November 19, 2018]

    B.    Certification of No Objection [Docket No. 964; Filed on December 17, 2018]

    C.    Proposed form of Order with related Docket No. 922

    Status:    Certification of No Objection filed.

2.  Final Application for Compensation and Reimbursement of Expenses for Giuliano Miller and Company, LLC as accountants to the Chapter 7 trustee [Docket No. 930; Filed on April 17, 2015]

    Related Documents:

    A.    Notice of Trustee's Final Report and Applications for Compensation [Docket No. 957; Filed on November 19, 2018] See TAB 1A

---

[1] The Debtors comprise the following entities:  Hospital Partners of America, Inc., a Delaware corporation (Fed. EIN xx-xxx1189), Surgical Hospital of Austin Management, Inc., a Delaware corporation (Fed. EIN xx-xxx9812), Austin Surgical Hospital Holdings, Inc., a Delaware corporation (Fed. EIN xx-xxx9774), and Trinity MC Management, LLC, a Texas limited liability company (Fed. EIN xx-xxx9391).
ACTIVE\79488490.v1

Agenda for Hearing on December 19, 2018
The Honorable Brendan L. Shannon
Page 2 of 3

Response Deadline:    December 10, 2018 at 4:00 p.m.

Responses Received:

B.    Omnibus Objection of the United States Trustee to Final Fee Applications [Docket No. 960; Filed on December 6, 2018]

C.    Response filed by Fox Rothschild LLP and Giuliano Miller & Co. LLC  [Docket No. 963; Filed  December 16, 2018]

Status:    This matter is going forward.

3.    Final Application for Compensation for Allowance of Eighth and Final Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Trustee [Docket No. 931; Filed on April 23, 2015]

Related Documents:

A.    Application by Fox Rothschild LLP for Supplemental Final Compensation and Reimbursement of Expenses as Attorneys to the Trustee for the Period April 18, 2015 to October 31, 2017 [Docket No. 947; Filed on November 1, 2017]

B.    Notice of Trustee's Final Report and Applications for Compensation [Docket No. 957; Filed on November 19, 2018] See TAB 1A

Response Deadline:    December 10, 2018 at 4:00 p.m.

Responses Received:

C.    Omnibus Objection of the United States Trustee to Final Fee Applications [Docket No. 960; Filed on December 6, 2018] See TAB 2B

D.    Response filed by Fox Rothschild LLP and Giuliano Miller & Co. LLC [Docket No. 963; Filed December 16, 2018] See TAB 2C

Status:    This matter is going forward.

### TRUSTEE'S FINAL REPORT

4.    Trustees Final Report and Account of the Administration of the Estate and Final Application for Compensation, and the Trustees Proposed Distribution of Property of the Estate [Docket No. 956; Filed on November 16, 2018]

        Response Deadline:    December 10, 2018 at 4:00 p.m.

        Responses Received:  None

        Related Documents:

            A.    Notice of Trustee's Final Report and Applications for Compensation [Docket No. 957; Filed on November 19, 2018] See TAB 1A

            B.    Order of Distribution with Related Docket No. 956

            C.    Order Awarding Trustee's Compensation and Expenses with Related Docket No. 956

        Status:        This matter is going forward.

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*        
        Seth A. Niederman, Esquire
        Delaware Bar No. 4588
        919 North Market Street, Suite 300
        Wilmington, DE  19899-2323
        (302) 654-7444/Fax (302) 656-8920

            -and-

        Michael G. Menkowitz, Esquire
        2000 Market Street, 20th Floor
        Philadelphia, PA  19103-3222
        (215) 299-2000/Fax (215) 299-2150

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of Hospital Partners of America, Inc., *et al.*

Dated: December 17, 2018