**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>Hospital Partners of America, Inc.<br>  *f/k/a OrthoNeuro Corporation*<br><br>                                    Debtor. | CHAPTER 7<br>Case No. 08-12180/BLS<br><br><br>Hearing Date:  October 31, 2019, at 9:30 A.M.<br>Objection Date:  October 23, 2019, by 4:00 P.M. |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 31, 2019 AT 9:30 A.M.**

**UNCONTESTED MATTERS GOING FORWARD:**

1. Application of Trustee to Pay Unclaimed Funds to Court [Filed 09/11/19; Docket No.: 987]

   Related Documents:

   (a) Certificate of No Objection
       [Filed 10/25/19; Docket No. 988]

   (b) Proposed Order.

   Objection Deadline:   October 23, 2019 by 4:00 p.m.

   Responses Received:   None.

   Status:   No Objections have been received and a Certification of No Objection has been filed. [Docket No. 988]

Dated:  October 25, 2019         /s/ Alfred T. Giuliano
                                 Alfred T. Giuliano
                                 Chapter 7 Trustee
                                 2301 E. Evesham Road
                                 Pavilion 800, Suite 210
                                 Voorhees, NJ 08043
                                 (856) 767-3000 (Tele)
                                 (856) 767-3500 (Fax)