UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE DISTRICT OF DELAWARE

2020 APR 17 AM 10: 47

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Hospital Partners of America

Case No. **08-12180**

Debtor(s)

### MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now JP Morgan Asset Management , as principal owner of Coliseum Transfer, Inc. petitions the court to enter an order directing payment of unclaimed funds, in the amount of *$78,029.84* now on deposit in the Registry of the United States Bankruptcy Court. Coliseum Transfer, Inc. was a creditor in the above captioned bankruptcy case and on whose behalf the funds were deposited. The check has never been tendered because the original funds were sent to the wrong address and not the corrected address filed by MCL Associates as Attorney-in-Fact on 12/31/2018 (see attached).

The Creditor certifies under penalty of perjury that all statements made by the Creditor on this motion and any attachments required by this Motion is, to the best of Claimant's knowledge, is true and correct. Accordingly, Creditor requests the Court to enter an Order authorizing payment of the dividend upon this claim to:

Coliseum Transfer, Inc.
c/o MCL Associates
JP Morgan Asset Management
311 Village Green North
Plymouth, MA 02360

Respectfully Submitted,

**JP Morgan Asset Management**

By: __/s/ Michael Carlucci, Attorney-in-Fact

## Service for Motion for Payment of Unclaimed Funds

Trustee:

Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

US Trustee
Office of the United States
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 10899

Debtor:

Hospital Partners of America
2815 Coliseum Centre Drive, Suite 150
Charlotte, NC 28217

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

Hospital Partners of America, Inc.
*fka OrthoNeuro Corporation*

Debtor.

Chapter 7
Case No.: 08-12180/BLS

## APPLICATION TO PAY UNCLAIMED CHECK TO THE COURT

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor initially filed a case under Chapter 11 on September 24, 2008 and converted to a case under Chapter 7 on November 21, 2008.

2. I was appointed Chapter 7 Bankruptcy Trustee on November 21, 2008.

3. On March 14, 2019 an Order was signed authorizing the final distribution [Exhibit "A" Docket No.: 984 & on April 1, 2019 an amended Order was signed authorizing the final distribution [Exhibit "A" Docket No.: 986].

4. On April 2, 2019 distribution was made pursuant to the orders. The distribution included the following check:

| Check # | Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| 50197 | Coliseum Transfer, Inc. | c/o K & L Gates, LLP 214 North Tryonn Street, 47th Floor | Charlotte | NC | 28202 | $78,029.84 |

5. The above check was never cashed, and a stop payment was placed. Many attempts in conversations with K & L Gates, LLP and with the prior owner of Coliseum Transfer, Inc. were made, however, ultimately unsuccessful in contacting the new owner.

6. **WHEREFORE,** Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of seventy-eight thousand twenty-nine dollars and eighty-four cents ($78,029.84) be paid to the Clerk for deposit to the Treasury.

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Chapter 7 Trustee
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, New Jersey 08043

September 11, 2019

UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

**FILED**
2018 DEC 13 AM 8:25
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Hospital Partners of America

Case No. 08-12180

### BANKRUPTCY CHANGE OF ADDRESS NOTICE

**PLEASE BE ADVISED THAT J.P. MORGAN ASSET MANAGEMENT IS THE MANAGING PARTNER OF COLISEUM TRANSFER, INC. CLAIM # 80, AND DIANNA RUSSO IS THE EXECUTIVE DIRECTOR OF THIS ENTITY. THE ADDRESS TO WHERE FUTURE DISTRUBUTIONS SHOULD BE MAILED TO IS THE FOLLOWING:**

Coliseum Transfer, Inc.
c/o J.P. Morgan Asset Management
270 Park Avenue, 7th Floor
Mail Code NY1-K150
New York, NY 10071
Att: Dianna Russo

On this day 10th of Dec, 2018

BY: _____ Attorney-in-Fact
J.P. Morgan Asset Management, Real Estate Americas
dianna.russo@jpmorgan.com
www.jpmorgan.com/assetmanagement

# District of Delaware
# Claims Register

### 08-12180-BLS Hospital Partners of America, Inc., a Delaware Cor Converted 11/21/2008

**Judge:** Brendan Linehan Shannon  **Chapter:** 7
**Office:** Delaware  **Last Date to file claims:**
**Trustee:** Alfred T. Giuliano  **Last Date to file (Govt):**

| Creditor: (2501069) History | Claim No: 80 | Status: |
|---|---|---|
| Coliseum Transfer, Inc.<br>c/o J.P. Morgan Asset Management<br>270 Park Avenue, 7th Floor<br>Mail Code NY1-K150: Attn: Dianna Russo<br>New York, NY 10071 | Original Filed Date: 03/18/2009<br>Original Entered Date: 03/24/2009 | Filed by: CR<br>Entered by: JRH<br>Modified: |

| Amount | claimed: | $158984.93 |
| Unsecured | claimed: | $158984.93 |

**History:**
| Details | 80-1 | 03/18/2009 | Claim #80 filed by Coliseum Transfer, Inc., Amount claimed: $158984.93 (JRH) |

**Description:**
**Remarks:**

| Creditor: (2501069) History | Claim No: 111 | Status: |
|---|---|---|
| Coliseum Transfer, Inc.<br>c/o J.P. Morgan Asset Management<br>270 Park Avenue, 7th Floor<br>Mail Code NY1-K150: Attn: Dianna Russo<br>New York, NY 10071 | Original Filed Date: 08/20/2009<br>Original Entered Date: 08/21/2009 | Filed by: CR<br>Entered by: JRB<br>Modified: 02/05/2013 |

| Amount | claimed: | $488.00 |
| Unknown | claimed: | $488.00 |

**History:**
| Details | 111-1 | 08/20/2009 | Claim #111 filed by Coliseum Transfer, Inc., Amount claimed: $488.00 (JRB) |

**Description:**
**Remarks:** (111-1) Order entered expunging the claim on 2/4/2013 - See DI #843

## Claims Register Summary

**Case Name:** Hospital Partners of America, Inc., a Delaware Cor
**Case Number:** 08-12180-BLS
**Chapter:** 7
**Date Filed:** 09/24/2008
**Total Number Of Claims:** 2

| Total Amount Claimed* | $159472.93 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

• Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

## Business Corporation

### Legal Name
Coliseum Transfer Inc.

### Information

**SosId:** 0619982
**Status:** Withdrawn
**Date Formed:** 2/12/2002
**Citizenship:** Foreign
**State of Incorporation:** DE
**Fiscal Month:** December
**Annual Report Due Date:** April 15th
**Annual Report Status:**
**Registered Agent:** Secretary of State

### Addresses

**Reg Office**
2 South Salisbury Street
Raleigh, NC 27601

**Mailing**
J P Morgan Investment Management 270 Park Avenue, 7th Floor
New York, NY 10017

**Principal Office**
J P Morgan Investment Management 270 Park Avenue, 7th Floor
New York, NY 10017

**Reg Mailing**
PO Box 29622
Raleigh, NC 27626

### Officers

**Vice President**
Mark J Bonapace
270 Park Avenue, 7th Floor

**Treasurer**
Alfred W Dort
270 Park Avenue, 7th Floor

# Creditor History

**Creditor # 2501069**

Current
Name/address:
Coliseum Transfer, Inc.
c/o J.P. Morgan Asset Management
270 Park Avenue, 7th Floor
Mail Code NY1-K150: Attn: Dianna Russo
New York, NY 10071

Creditor type: cr
Creditor committee: n
Who entered: LCN,
Date start: 12/13/2018

Previous
Name/address:
COLISEUM TRANSFER INC
John H. Culver, III, Esq.
K & L Gates, LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202

Creditor type: cr
Creditor committee: n
Who entered: JRH,
Date start: 03/24/2009
Date terminated: 12/13/2018

Previous
Name/address:
COLISEUM TRANSFER INC
PO BOX 405028
ATLANTA, GA 30384-5028

Creditor type: cr
Creditor committee:
Who entered: Seidl, Michael R
Date start: 11/25/2008
Date terminated: 03/24/2009

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 03/02/2020 14:51:49 | |
| **PACER Login:** | mclassociatesinc:2832876:0 | **Client Code:** | |
| **Description:** | Creditor History | **Search Criteria:** | 08-12180-BLS Creditor #: 2501069 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |