UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 APR 24  AM 11: 56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Hospital Partners of America

Case No. **08-12180**

Debtor(s)

## AMMENDED MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now JP Morgan Asset Management, as principal owner of Coliseum Transfer, Inc. petitions the court to enter an order directing payment of unclaimed funds, in the amount of *$78,029.84* now on deposit in the Registry of the United States Bankruptcy Court. Coliseum Transfer, Inc. was a creditor in the above captioned bankruptcy case and on whose behalf the funds were deposited. The check has never been tendered because the original funds were sent to the wrong address and not the corrected address filed by MCL Associates as Attorney-in-Fact on 12/31/2018 (see attached).

The Creditor certifies under penalty of perjury that all statements made by the Creditor on this motion and any attachments required by this Motion is, to the best of Claimant's knowledge, is true and correct. Accordingly, Creditor requests the Court to enter an Order authorizing payment of the dividend upon this claim to:

Coliseum Transfer, Inc.
c/o JP Morgan Asset Management
277 Park Ave. 36th Fl. Mail Code NY1-l224
New York, NY 10172
Att: Dianna Russo

Respectfully Submitted,

**JP Morgan Asset Management**

By: __/s/ Michael Carlucci, Attorney-in-Fact__
    JP Morgan Asset Management
    Dianna.Russo@jpmorgan.com Phone: 212-648-2133

## Service for Motion for Payment of Unclaimed Funds

Trustee:

Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

US Trustee
Office of the United States
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 10899

Debtor:

Hospital Partners of America
2815 Coliseum Centre Drive, Suite 150
Charlotte, NC 28217

## Service for Motion for Payment of Unclaimed Funds

Trustee:

Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, NJ 08043

US Trustee
Office of the United States
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 10899

Debtor:

Hospital Partners of America
2815 Coliseum Centre Drive, Suite 150
Charlotte, NC 28217

New York NY 10017    New York NY 10017

**Assistant Secretary**
Jonathan S Gellman
Office of State Comptroller 59 Maiden Lane, 30th Floor
New York NY 10038

**Vice President**
Deborah J Glover
575 Washington Boulevard, Floor 10
Jersey City NJ 07310-1616

**Secretary**
David E Riley
Office of State Comptroller 59 Maiden Lane, 30th Floor
New York NY 10038

**Vice President**
Dianna A Russo
270 Park Avenue, 7th Floor
New York NY 10017

**President**
Daniel J Volpano
270 Park Avenue, 7th Floor
New York NY 10017

**Assistant Secretary**
Katerina M Zervas
Office of State Comptroller 59 Maiden Lane, 30th Floor
New York NY 10038

# Stock

# District of Delaware
# Claims Register

## 08-12180-BLS Hospital Partners of America, Inc., a Delaware Cor Converted 11/21/2008

**Judge:** Brendan Linehan Shannon  **Chapter:** 7
**Office:** Delaware  **Last Date to file claims:**
**Trustee:** Alfred T. Giuliano  **Last Date to file (Govt):**

| Creditor: (2501069) History<br>Coliseum Transfer, Inc.<br>c/o J.P. Morgan Asset Management<br>270 Park Avenue, 7th Floor<br>Mail Code NY1-K150: Attn: Dianna Russo<br>New York, NY 10071 | Claim No: 80<br>Original Filed Date: 03/18/2009<br>Original Entered Date: 03/24/2009 | Status:<br>Filed by: CR<br>Entered by: JRH<br>Modified: |
|---|---|---|
| Amount claimed: $158984.93 | | |
| Unsecured claimed: $158984.93 | | |

**History:**

| Details | 80-1 | 03/18/2009 | Claim #80 filed by Coliseum Transfer, Inc., Amount claimed: $158984.93 (JRH) |

**Description:**
**Remarks:**

| Creditor: (2501069) History<br>Coliseum Transfer, Inc.<br>c/o J.P. Morgan Asset Management<br>270 Park Avenue, 7th Floor<br>Mail Code NY1-K150: Attn: Dianna Russo<br>New York, NY 10071 | Claim No: 111<br>Original Filed Date: 08/20/2009<br>Original Entered Date: 08/21/2009 | Status:<br>Filed by: CR<br>Entered by: JRB<br>Modified: 02/05/2013 |
|---|---|---|
| Amount claimed: $488.00 | | |
| Unknown claimed: $488.00 | | |

**History:**

| Details | 111-1 | 08/20/2009 | Claim #111 filed by Coliseum Transfer, Inc., Amount claimed: $488.00 (JRB) |

**Description:**
**Remarks:** (111-1) Order entered expunging the claim on 2/4/2013 - See DI #843

## Claims Register Summary

**Case Name:** Hospital Partners of America, Inc., a Delaware Cor
**Case Number:** 08-12180-BLS
**Chapter:** 7
**Date Filed:** 09/24/2008
**Total Number Of Claims:** 2

| Total Amount Claimed* | $159472.93 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

# Creditor History

**Creditor #** 2501069

| | |
|---|---|
| *Current* | |
| Name/address: | Coliseum Transfer, Inc.<br>c/o J.P. Morgan Asset Management<br>270 Park Avenue, 7th Floor<br>Mail Code NY1-K150: Attn: Dianna Russo<br>New York, NY 10071 |
| Creditor type: | cr |
| Creditor committee: | n |
| Who entered: | LCN, |
| Date start: | 12/13/2018 |

| | |
|---|---|
| *Previous* | |
| Name/address: | COLISEUM TRANSFER INC<br>John H. Culver, III, Esq.<br>K & L Gates, LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, NC 28202 |
| Creditor type: | cr |
| Creditor committee: | n |
| Who entered: | JRH, |
| Date start: | 03/24/2009 |
| Date terminated: | 12/13/2018 |

| | |
|---|---|
| *Previous* | |
| Name/address: | COLISEUM TRANSFER INC<br>PO BOX 405028<br>ATLANTA, GA 30384-5028 |
| Creditor type: | cr |
| Creditor committee: | |
| Who entered: | Seidl, Michael R |
| Date start: | 11/25/2008 |
| Date terminated: | 03/24/2009 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/02/2020 14:51:49 | | | |
| **PACER Login:** | mclassociatesinc:2832876:0 | **Client Code:** | |
| **Description:** | Creditor History | **Search Criteria:** | 08-12180-BLS<br>Creditor #: 2501069 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

Hospital Partners of America, Inc.
*fka OrthoNeuro Corporation*

Debtor.

Chapter 7
Case No.: 08-12180/BLS

## APPLICATION TO PAY UNCLAIMED CHECK TO THE COURT

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor initially filed a case under Chapter 11 on September 24, 2008 and converted to a case under Chapter 7 on November 21, 2008.

2. I was appointed Chapter 7 Bankruptcy Trustee on November 21, 2008.

3. On March 14, 2019 an Order was signed authorizing the final distribution [Exhibit "A" Docket No.: 984 & on April 1, 2019 an amended Order was signed authorizing the final distribution [Exhibit "A" Docket No.: 986].

4. On April 2, 2019 distribution was made pursuant to the orders. The distribution included the following check:

| Check # | Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| 50197 | Coliseum Transfer, Inc. | c/o K & L Gates, LLP 214 North Tryonn Street, 47th Floor | Charlotte | NC | 28202 | $78,029.84 |

5. The above check was never cashed, and a stop payment was placed. Many attempts in conversations with K & L Gates, LLP and with the prior owner of Coliseum Transfer, Inc. were made, however, ultimately unsuccessful in contacting the new owner.

6. **WHEREFORE,** Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of seventy-eight thousand twenty-nine dollars and eighty-four cents ($78,029.84) be paid to the Clerk for deposit to the Treasury.

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Chapter 7 Trustee
2301 E. Evesham Road
Pavillion 800, Suite 210
Voorhees, New Jersey 08043

September 11, 2019

 Bizapedia

Home > U.S. > North Carolina > Raleigh

# COLISEUM TRANSFER INC.

North Carolina Secretary Of State Business Registration · Updated 3/4/2016

Sponsored Links

[ Write Review ] [ Upgrade ] [ Claim ]

Coliseum Transfer Inc. is a North Carolina Business Corporation filed on February 12, 2002. The company's filing status is listed as Withdrawn and its File Number is 0619982.

The Registered Agent on file for this company is Secretary Of State and is located at 2 South Salisbury Street, Raleigh, NC 27601. The company's principal address is J P Morgan Investment Management 270 Park Avenue, 7th Floor, New York, NY 10017 and its mailing address is J P Morgan Investment Management 270 Park Avenue, 7th Floor, New York, NY 10017.

The company has 8 principals on record. The principals are Alfred W Dort from New York NY, Daniel J Volpano from New York NY, David E Riley from New York NY, Deborah J Glover from Jersey City NJ, Dianna A Russo from New York NY, Jonathan S Gellman from New York NY, Katerina M Zervas from New York NY, and Mark J Bonapace from New York NY.

## Company Information

| | |
|---|---|
| Company Name: | COLISEUM TRANSFER INC. |
| File Number: | 0619982 |
| Filing State: | North Carolina (NC) |
| Domestic State: | Delaware (DE) |
| Filing Status: | Withdrawn |
| Filing Date: | February 12, 2002 |
| Company Age: | 18 Years, 1 Month |
| Registered Agent: |  Secretary Of State<br>2 South Salisbury Street<br>Raleigh, NC 27601 |
| Principal Address: | J P Morgan Investment Management 270 Park Avenue, 7th Floor<br>New York, NY 10017 |
| Mailing Address: | J P Morgan Investment Management 270 Park Avenue, 7th Floor<br>New York, NY 10017 |

Sponsored Links

## Company Contacts

**ALFRED W DORT**
Treasurer
 270 Park Avenue, 7th Floor
New York, NY 10017

View Nationwide Phone Book Listings For Alfred Dort

**DANIEL J VOLPANO**
President
 270 Park Avenue, 7th Floor
New York, NY 10017

View Nationwide Phone Book Listings For Daniel Volpano

**DAVID E RILEY**
Secretary
 Office Of State Comptroller 59 Maiden Lane, 30th Floor
New York, NY 10038

View Phone Book Listings For David Riley In North Carolina

**DEBORAH J GLOVER**
Vice President

575 Washington Boulevard, Floor 10
Jersey City, NJ 07310-1616

View Phone Book Listings For Deborah Glover In North Carolina

**DIANNA A RUSSO**
Vice President

270 Park Avenue, 7th Floor
New York, NY 10017

View Nationwide Phone Book Listings For Dianna Russo



**JONATHAN S GELLMAN**
Assistant Secretary

Office Of State Comptroller 59 Maiden Lane, 30th Floor
New York, NY 10038

View Phone Book Listings For Jonathan Gellman In North Carolina

**KATERINA M ZERVAS**
Assistant Secretary

Office Of State Comptroller 59 Maiden Lane, 30th Floor
New York, NY 10038

**MARK J BONAPACE**
Vice President

270 Park Avenue, 7th Floor
New York, NY 10017

View Nationwide Phone Book Listings For Mark Bonapace

Sponsored Links



**Reviews**

Write Review

There are no reviews yet for this company.

**Questions**

Post Question

There are no questions yet for this company.

**ADDITIONAL LINKS**

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named Coliseum Transfer Inc.
Search All North Carolina Companies
Order Business Services For Coliseum Transfer Inc.

UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

**FILED**

2018 DEC 13 AM 8:25

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Hospital Partners of America

Case No. 08-12180

## BANKRUPTCY CHANGE OF ADDRESS NOTICE

PLEASE BE ADVISED THAT J.P. MORGAN ASSET MANAGEMENT IS THE MANAGING PARTNER OF COLISEUM TRANSFER, INC. CLAIM # 80, AND DIANNA RUSSO IS THE EXECUTIVE DIRECTOR OF THIS ENTITY. THE ADDRESS TO WHERE FUTURE DISTRUBUTIONS SHOULD BE MAILED TO IS THE FOLLOWING:

Coliseum Transfer, Inc.
c/o J.P. Morgan Asset Management
270 Park Avenue, 7th Floor
Mail Code NY1-K150
New York, NY 10071
Att: Dianna Russo

On this day 10th of Dec, 2018

BY: _____ Attorney-in-Fact
J.P. Morgan Asset Management, Real Estate Americas
dianna.russo@jpmorgan.com
www.jpmorgan.com/assetmanagement